| | |
|---|---|
| FRANKLIN BROCKWAY GOWDY, SBN 47918<br>THOMAS D. KOHLER, SBN 207917<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br><br>DAVID C. BOHRER, SBN 212397<br>MICHAEL J. LYONS, SBN 202284<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2212<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>Attorneys for Plaintiff and Counter-defendant<br>NIDEC CORPORATION | MARTIN R. GLICK, SBN 40187<br>SIMON J. FRANKEL, SBN 171552<br>HOWARD RICK NEMEROVSKI CANADY FALK & RABKIN<br>A Professional Corporation<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>Tel: 415.434.1600<br>Fax: 415.217.5910<br><br>MORTON AMSTER (pro hac vice)<br>ANTHONY F. LO CICERO (pro hac vice)<br>CHARLES R. MACEDO (pro hac vice)<br>AMSTER, ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel: 212.336.8000<br>Fax: 212.336.8001<br>Attorneys for Defendants<br>  AGILIS INC. (misidentified as "KABUSHIKI KAISHA AGILIS" in the Complaint), and<br>  AGILIS TECHNOLOGY INC.<br>and Defendant and Counter-plaintiff<br>  Defendants VICTOR COMPANY OF JAPAN, LTD., and JVC COMPONENTS (THAILAND) CO., LTD. |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., KABUSHIKI KAISHA AGILIS, and AGILIS TECHNOLOGY INC.,<br><br>        Defendants. | No. C05 00686 WDB<br><br>**AMENDED STIPULATION AND ORDER SELECTING ADR PROCESS [ADR L.R. 3-5]**<br><br>**ADR CERTIFICATION** |

*(The Stipulation and [Proposed] Order Selecting ADR Process [ADR L.R. 3-5] was timely filed on May 25, 2005. This amendment is limited to substituting client signatures for Defendants.)*

**AMENDED STIPULATION AND ORDER SELECTING ADR PROCESS/ADR CERTIFICATION**

Rev 4/01

1-PA/3544468.2

The parties stipulate to participate in the following ADR process:

**Court Processes:**

__ Arbitration        __ ENE        __ Mediation

*(Use space below to provide any information regarding timing of session, preferred subject matter expertise of neutral, or other issues.)*

**Private Process:**

 X  Private ADR (*please identify process and provider*)

The parties have agreed to private mediation and are in the process of negotiating a schedule and provider.

(*For e-filers, please consult General Order No. 45, Section X regarding signatures.*)

Respectfully submitted,

Dated: May 25, 2005        MORGAN, LEWIS & BOCKIUS LLP

By:    /s/ David C. Bohrer
            David C. Bohrer

Dated: May 25, 2005        HOWARD RICK NEMEROVSKI CANADY FALK & RABKIN

By:    /s/ Anthony F. Lo Cicero
            Anthony F. Lo Cicero

Dated: May 25, 2005        AMSTER, ROTHSTEIN & EBENSTEIN LLP

By:    /s/ Anthony F. Lo Cicero
            Anthony F. Lo Cicero

IT IS SO ORDERED:

Dated: May 26, 2005

By:    /     s     /
            Wayne D. Brazil
            United States Magistrate Judge

**AMENDED STIPULATION AND ORDER SELECTING ADR PROCESS/ADR CERTIFICATION**

Rev 4/01

1-PA/3544468.2

1 **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

**Dated:** May 25, 2005              /s/ Hideaki Kitamura
                                     **Hideaki Kitamura, for Plaintiff Nidec Corporation**

**Dated:** May 25, 2005              /s/ David C. Bohrer
                                     **David C. Bohrer, Counsel for Plaintiff Nidec Corporation**

**Dated:** May 25, 2005              /s/ Tetsuro Fuse
                                     **Tetsuro Fuse, General Manager, for Defendant Victor Company of Japan, Ltd.**

**Dated:** May 25, 2005              /s/ Tetsuro Fuse
                                     **Tetsuro Fuse, General Manager, for Defendant JVC Components (Thailand) Co., Ltd.**

**Dated:** May 25, 2005              /s/ Takuo Hatano
                                     **Takuo Hatano, for Defendant Agilis Inc.**

**Dated:** May 25, 2005              /s/ Kevin Matsumoto
                                     **Kevin Matsumoto, for Defendant Agilis Technology Inc.**

**AMENDED STIPULATION AND ORDER SELECTING ADR PROCESS/ADR CERTIFICATION**

Rev 4/01

1-PA/3544468.2

| | | |
|---|---|---|
| 1 | **Dated:** May 25, 2005 | /s/ Anthony F. Lo Cicero |
| 2 | | **Anthony F. Lo Cicero, Counsel for Defendants Victor Company of Japan, Ltd., JVC Components (Thailand) Co.,** |
| 3 | | **Ltd., Agilis Inc., and Agilis Technology Inc.** |

**AMENDED STIPULATION AND ORDER SELECTING ADR PROCESS/ADR CERTIFICATION**

Rev 4/01

1-PA/3544468.2

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, David C. Bohrer, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of May, 2005, at Palo Alto.

/s/ David C. Bohrer
David C. Bohrer

**NOTE:** You also must concurrently submit a copy of any ADR Forms filed to the ADR Unit by fax (415-522-4112), hand delivery (ADR Program, 450 Golden Gate Avenue, 16th Floor, Room 16-6892, San Francisco, CA) or as a PDF attachment by email to adr@cand.uscourts.gov.

**AMENDED STIPULATION AND ORDER SELECTING ADR PROCESS/ADR CERTIFICATION**

Rev 4/01

1-PA/3544468.2