1  MARTIN R. GLICK (No. 40187)
   Email: mglick@howardrice.com
2  SIMON J. FRANKEL (No. 171552)
   Email: sfrankel@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone:  415/434-1600
6  Facsimile:  415/217-5910

7  MORTON AMSTER (Admitted *pro hac vice*)
   ANTHONY F. LO CICERO (Admitted *pro hac vice*)
8  CHARLES R. MACEDO (Admitted *pro hac vice*)
   AMSTER ROTHSTEIN & EBENSTEIN LLP
9  90 Park Avenue
   New York, New York 10016
10 Telephone:  212/336-8000
   Facsimile:  212/336-8001
11
12 Attorneys for Defendants and Counter-Plaintiffs
   VICTOR COMPANY OF JAPAN, LTD. and JVC
13 COMPONENTS (THAILAND) CO., LTD. and
   Defendants AGILIS INC. and AGILIS TECHNOLOGY
14 INC.

15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA
17                      OAKLAND DIVISION
18

19 NIDEC CORPORATION,                    No. C05 00686 SBA (EMC)

20         Plaintiff,                    Action Filed: February 15, 2005

21    v.                                 STIPULATION AND [PROPOSED]
                                         ORDER
22 VICTOR COMPANY OF JAPAN, LTD.,
   JVC COMPONENTS (THAILAND) CO.,
23 LTD., AGILIS INC. and AGILIS
   TECHNOLOGY INC.,
24
           Defendants.
25
26 AND RELATED COUNTERCLAIMS.
27
28

1  Due to scheduling conflicts, Plaintiff Nidec Corporation and Defendants and Counter-
2  Plaintiffs Victor Company of Japan, Ltd., JVC Components (Thailand) Co., and Defendants Agilis
3  Inc. and Agilis Technology Inc. (collectively "Defendants") hereby stipulate and agree, through
4  counsel, and ask the Court to Order, the following:
5      1.  That the briefing on Plaintiff's Motion to Compel Defendants to Provide Complete
6  Preliminary Infringement Contentions Pursuant to Patent L.R. 3-1 and Defendants' Motion to
7  Compel Plaintiff to Provide Complete Preliminary Infringement Contentions Under Patent L.R. 3-1
8  (collectively, the "Motions") both be extended so that the oppositions to the Motions shall be due on
9  or before March 29, 2006 and the replies for the Motions shall be due on or before April 5, 2006;
10 and
11    2.  That the hearing date of April 19, 2006 at 10:30 a.m., previously set by the Court for the
12 Motions, remain the same, allowing the Court two weeks between the filing of the replies and the
13 hearing date for the Motions.
14 Dated: March 17, 2006

MARTIN R. GLICK
SIMON J. FRANKEL
HOWARD RICE NEMEROVSKI CANADY
 & FALK RABKIN
A Professional Corporation

MORTON AMSTER
ANTHONY F. LO CICERO
CHARLES R. MACEDO
AMSTER ROTHSTEIN & EBENSTEIN LLP


By:        /s/
        SIMON J. FRANKEL

Attorneys for Defendants/Counterclaim Plaintiffs
VICTOR COMPANY OF JAPAN, LTD., JVC
COMPONENTS (THAILAND) CO., LTD., and
Defendants AGILIS INC. and AGILIS
TECHNOLOGY INC.

1  Dated: March 17, 2006

2
3
FRANKLIN BROCKWAY GOWDY
THOMAS D. KOHLER
MORGAN, LEWIS & BOCKIUS LLP

4
5
DAVID C. BOHRER
MICHAEL J. LYONS
MORGAN, LEWIS & BOCKIUS LLP

6
7  By:_____/s/_____ *
       DAVID C. BOHRER
8  Attorneys for Plaintiff/Counterclaim Defendant NIDEC
   CORPORATION
9
10  (*Counsel for Plaintiff has given authority to sign on their behalf)

11  IT IS SO ORDERED:

12
13  Dated: March 21, 2006

14  _____
    EDWARD M. CHEN
15  UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*