| | |
|---|---|
| FRANKLIN BROCKWAY GOWDY, SBN 47918<br>THOMAS D. KOHLER, SBN 207917<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br><br>DAVID C. BOHRER, SBN 212397<br>MICHAEL J. LYONS, SBN 202284<br>DION M. BREGMAN, SBN 208393<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br><br>Attorneys for Plaintiff and Counter-Defendant,<br>NIDEC CORPORATION | MARTIN R. GLICK, SBN 40187<br>SIMON J. FRANKEL, SBN 171552<br>HOWARD RICK NEMEROVSKI<br>CANADY FALK & RABKIN<br>A Professional Corporation<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>Tel: 415.434.1600<br>Fax: 415.217.5910<br><br>MORTON AMSTER (pro hac vice)<br>ANTHONY F. LO CICERO (pro hac vice)<br>CHARLES R. MACEDO (pro hac vice)<br>AMSTER, ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel: 212.336.8000<br>Fax: 212.336.8001<br><br>Attorneys for Defendants,<br>JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, Inc., and AGILIS TECHNOLOGY INC. and Defendant and Counter-Claimant,<br>VICTOR COMPANY OF JAPAN, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>                Plaintiff,<br><br>    vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, INC., and AGILIS TECHNOLOGY INC.,<br><br>                Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C05 00686 SBA (EMC)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON MOTIONS TO COMPEL FROM APRIL 19, 2006 TO ~~APRIL 26, 2006~~**<br><br>May 3, 2006 |

1-PA/3582343.1

STIPULATION AND PROPOSED ORDER RE: MOTION TO COMPEL HEARING (NO. C05 00686 SBA (EMC))

Plaintiff Nidec Corporation "Nidec") and Defendants Victor Company of Japan, Ltd., JVC Components (Thailand) Co., Agilis Inc. and Agilis Technology Inc. (collectively, "Defendants") respectfully submit this Stipulation And [Proposed] Order Continuing Hearing On Motions To Compel From April 19, 2006 To April 26, 2006, as follows:

WHEREAS, on March 1, 2006, the Defendants filed a Motion To Compel Plaintiff Nidec Corporation To Provide Complete Preliminary Infringement Contentions Under Patent L.R. 3-1 And To Preclude Nidec Corporation's Belated And Unauthorized Assertion Of Additional Claim Of Infringement ("Defendants' Motion To Compel") [D.I. 38];

WHEREAS, on March 8, 2006, Nidec filed a Motion To Compel Defendants To Provide Complete Preliminary Infringement Contentions Pursuant To Patent L.R. 3-1 ("Nidec's Motion To Compel") [D.I. 53];

WHEREAS, the Defendants' Motion To Compel and Nidec's Motion To Compel are currently scheduled for hearing before the Court on April 19, 2006 at 10:30 am;

WHEREAS, the parties have agreed to continue the hearing of their Motions To Compel to April 26, 2006 at 10:30 am;

WHEREAS, the parties have further agreed to file oppositions to the Motions To Compel by April 5, 2006 and replies if the Court finds that the Defendants' infringement contentions are deficient for failure to identify the shape of fixtures used in the manufacture of components of the accused products, then the Court should order Nidec to produce documents providing that information before Defendants are required to supplement their Preliminary Infringement Contentions;

WHEREAS, Nidec has no objection to the Defendants' inclusion of its request in its opposition and of the Court's consideration of the Defendants' request at the April 26, 2006 hearing;

NOW THEREFORE, in consideration of the foregoing recitals, Nidec and the Defendants hereby agree that: (1) the hearing of their respective Motions To Compel shall be continued to ~~April 26, 2006~~ May 3, 2006 at 10:30 a.m.; (2) oppositions to the Motions To Compel shall be due by ~~April 5, 2006~~ April 12, 2006; (3) replies in support of the Motions To Compel shall be due by ~~April 12, 2006~~ April 19, 2006; (4) the Defendants

may request in their opposition to Nidec's Motion To Compel that, if the Court finds that the Defendants' infringement contentions are deficient for failure to identify the shape of fixtures used in the manufacture of components of the accused products, that the Court should order Nidec to produce documents providing that information before Defendants are required to supplement their Preliminary Infringement Contentions; and (5) the Court may consider the Defendants' request at the ~~April 26, 2006~~ May 3, 2006 hearing.

IT IS SO AGREED AND STIPULATED.

Dated: March 29, 2006    MORGAN, LEWIS & BOCKIUS LLP

FRANKLIN BROCKWAY GOWDY
THOMAS D. KOHLER
DAVID C. BOHRER
MICHAEL J. LYONS

By: /s/ David C. Bohrer
　　　　David C. Bohrer

Attorneys for Plaintiff and Counter-defendant
NIDEC CORPORATION

Dated: March 29, 2006    HOWARD RICK NEMEROVSKI CANADY FALK & RABKIN

MARTIN R. GLICK
SIMON J. FRANKEL

AMSTER, ROTHSTEIN & EBENSTEIN LLP

MORTON AMSTER (*pro hac vice*)
ANTHONY F. LO CICERO (*pro hac vice*)
CHARLES R. MACEDO (*pro hac vice*)

By: /s/ Anthony F. Lo Cicero
　　　　Anthony F. Lo Cicero

Attorneys for Defendants
JVC Components (Thailand) Co., Ltd., Agilis Inc., and Agilis Technology Inc., and Defendant and Counter-plaintiff Victor Company Of Japan, Ltd.

1-PA/3582343.1    3    STIPULATION AND PROPOSED ORDER RE: MOTION TO COMPEL HEARING (NO. C05 00686 SBA (EMC))

1  IT IS SO ORDERED.

4  March 29, 2006
5  Dated: _____   HON. EDWARD M. CHEN
6                                UNITED STATES MAGISTRATE JUDGE

*[Signature and seal: Judge Edward M. Chen, United States District Court, Northern District of California — "IT IS SO ORDERED"]*

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, David C. Bohrer,
2  attest that concurrence in the filing of this document has been obtained from each of the other
3  signatories.
4  I declare under penalty of perjury foregoing is true and correct. Executed this 29th day of
5  March 2006.

/s/ David C. Bohrer
David C. Bohrer