UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIDEC CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>VICTOR COMPANY OF JAPAN,<br><br>      Defendant.<br>_____/ | No. C-05-0686 SBA (EMC)<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO COMPEL COMPLETE PRELIMINARY CONTENTIONS AND PRECLUDE ADDITIONAL CLAIMS AND PLAINTIFF'S MOTION TO COMPEL COMPLETE PRELIMINARY INFRINGEMENT CONTENTIONS**<br><br>**(Docket Nos. 38, 53)** |

     By letter dated May 17, 2006, Defendants have informed the Court that the parties have met and conferred, resolving the issues raised in their respective motions to compel. Defendants' Motion to Compel Complete Preliminary Contentions and Preclude Additional Claims, and Plaintiff's Motion to Compel Complete Preliminary Infringement Contentions are therefore denied as moot.

     This order terminates Docket Nos. 38 and 53.

     IT IS SO ORDERED.

Dated: May 23, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge