FRANKLIN BROCKWAY GOWDY, SBN 47918
fgowdy@morganlewis.com
THOMAS D. KOHLER, SBN 207917
tkohler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

DAVID C. BOHRER, SBN 212397
dbohrer@morganlewis.com
MICHAEL J. LYONS, SBN 202284
mlyons@morganlewis.com
DION M. BREGMAN, SBN 208393
dbregman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff and Counter-defendant
NIDEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>                    Plaintiff,<br><br>         vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, INC. and AGILIS TECHNOLOGY INC.,<br><br>                    Defendants. | Case No. C05 00686 SBA (EMC)<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5** |

/ / /

/ / /

/ / /

/ / /

/ / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMNENTS
UNDER SEAL PURSUANT TO CIVIL L.R. 79-5; CASE NO. C:05 00686 SBA (EMC)                    1-PA/3589031.1

The Court having considered the papers submitted, and the papers on file in this case, and upon good cause showing,

**IT IS HEREBY ORDERED:**

Pursuant to Civil L.R. 79-5, the Clerk shall place under seal the following documents:

1. Exhibit A to the Declaration of Dion M. Bregman in support of Plaintiff Nidec Corporation's Memorandum in Opposition to Defendants' Motion Seeking Leave to Amend JVC's Counterclaim; and

2. Exhibit B to the Declaration of Dion M. Bregman in support of Plaintiff Nidec Corporation's Memorandum in Opposition to Defendants' Motion Seeking Leave to Amend JVC's Counterclaim.

Dated: 6/23/06

_____
HON. SANDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMNENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5; CASE NO. C:05 00686 SBA (EMC)

1
1-PA/3589031.1