IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIDEC CORPORATION, | No. C 05-0686 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC. and AGILIS TECHNOLOGY INC., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

After considering the Miscellaneous Administrative Request of Defendants and Counter-Plaintiffs Victor Company of Japan, Inc. ("JVC") and JVC Components (Thailand) Co., Ltd., ("JCT") for an order allowing them to file documents under seal, and Declaration of Nidec Corporation's Counsel Concerning JVC's Miscellaneous Request to File Documents under Seal, the Court hereby GRANTS in part and DENIES in part JVC's and JCT's request.

Pursuant to Civil L.R. 79-5(d), when a party files a document that has been designated confidential by another party pursuant to a protective order and submits an administrative motion for a sealing order, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable or must withdraw the designation of confidentiality. JVC and JCT filed a Motion Seeking Leave to Amend JVC's Counterclaim and a Declaration of Charles Macedo in support thereof, which attached Confidential Exhibits 1 through 9. JVC and JTC request to file the exhibits under seal because they were designated as confidential or highly confidential by Nidec Corporation pursuant to a protective order. JVC and JTC also request to file the Motion under seal because it refers to the confidential or highly confidential exhibits attached to the Declaration of Charles Macedo. Dion M. Bregman, counsel for the designating party Nidec Corporation, filed a declaration,

1 establishing that the Motion and all exhibits, with the exception of Exhibit 6, contain confidential
2 information.

3     Accordingly,

4     IT IS HEREBY ORDERED THAT JVC and JTC's Miscellaneous Administrative Request
5 [Docket No. 115] is GRANTED in part and DENIED in part. The Clerk of the Court shall file under
6 seal the [Sealed] Motion and Memorandum of Points and Authorities of JVC and JCT in Support of
7 Their Motion Seeking Leave to Amend JVC's Counterclaim, as well as the exhibits which are identified
8 as Confidential Exhibits 1 through 5 and 7 through 9 of the Declaration of Charles Macedo in support
9 thereof.

10     IT IS SO ORDERED.

12 Dated: 6/26/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge