1
2
3
4
5
6                   UNITED STATES DISTRICT COURT
7                  NORTHERN DISTRICT OF CALIFORNIA
8
9   NIDEC CORPORATION,              )
                                    )
10            Plaintiff(s),         )   No. C05-0686 SBA (BZ)
                                    )
11       v.                         )   **ORDER SCHEDULING TELEPHONIC**
                                    )   **CONFERENCE RE DEVISING A**
12  VICTOR COMPANY OF JAPAN,        )   **SETTLEMENT CONFERENCE**
    LTD, et al.,                    )   **SCHEDULE FOR PATENT CASE**
13                                  )
              Defendant(s).         )
14  _____    )

15       This case has been assigned to me to conduct a settlement
16  conference.  **IT IS HEREBY ORDERED** that a telephonic hearing is
17  scheduled for **Thursday, July 20, 2006, at 10:00 a.m.** to
18  discuss the settlement process.  Plaintiff's counsel shall
19  initiate the call and get all interested parties on the line
20  and call chambers at **415-522-4093.**  In preparation for that
21  conference, the parties shall familiarize themselves with my
22  form of settlement conference order for patent cases which can
23  be found on the court's website at:  **www.cand.uscourts.gov**
24  Dated:  July 17, 2006
25                              _____
                                         Bernard Zimmerman
26                                  United States Magistrate Judge
27
    G:\BZALL\-REFS\REFS.06\NIDEC.PATENT.SC.ORD.wpd
28

                                  1