FRANKLIN BROCKWAY GOWDY, SBN 47918
fgowdy@morganlewis.com
THOMAS D. KOHLER, SBN 207917
tkohler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

DAVID C. BOHRER, SBN 212397
dbohrer@morganlewis.com
MICHAEL J. LYONS, SBN 202284
mlyons@morganlewis.com
DION M. BREGMAN, SBN 208393
dbregman@morganlewis.com
LORRAINE M. CASTO, SBN 238154
lcasto@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff and Counter-defendant
NIDEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, INC. and AGILIS TECHNOLOGY INC.,<br><br>Defendants,<br><br>NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.,<br><br>Additional Counterclaim Defendants. | Case No. C05 00686 SBA (EMC)<br><br>**[PROPOSED] ORDER GRANTING MISCELLANEOUS REQUEST TO FILE DOCUMENTS UNDER SEAL [D.I. 198]:**<br><br>1) [SEALED] ANSWER, AFFIRMATIVE DEFENSES AND FIRST AMENDED COUNTERCLAIMS OF DEFENDANTS VICTOR COMPANY OF JAPAN, LTD., AND JVC COMPONENTS (THAILAND) CO. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3594893.1

[PROPOSED] ORDER GRANTING
SEALING APPLICATION (C05 00686 SBA (EMC))

1  The Court having considered the papers submitted, and the papers on file in this case, and
2  good cause showing,
3  IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk shall place under
4  seal: [Sealed] Answer, Affirmative Defenses and First Amended Counterclaims of Defendants
5  Victor Company of Japan, Ltd., and JVC Components (Thailand) Co.
6  IT IS SO ORDERED.

Dated: 7/19/06

*Saundra B. Armstrong*
Hon. Saundra B. Armstrong
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3594893.1

[PROPOSED] ORDER GRANTING
SEALING APPLICATION (C05 00686 SBA (EMC))