UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NIDEC CORP., | ) | |
| Plaintiff(s), | ) | No. C05-0686 SBA (BZ) |
| v. | ) | |
| VICTOR CO. OF JAPAN, LTD, et al., | ) | **ORDER SCHEDULING TELEPHONIC CONFERENCE** |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that a further telephonic conference is scheduled for **Monday, November 6, 2006, at 3:00 p.m.** Counsel for plaintiff shall contact counsel for defendants and call chambers at **(415) 522-4093.**

Dated: July 21, 2006

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\NIDEC.TEL.CONF.ORDER.wpd

1