DAVID C. BOHRER, SBN 212397
dbohrer@morganlewis.com
MICHAEL J. LYONS, SBN 202284
mlyons@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff and Counter-defendant
NIDEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, INC. and AGILIS TECHNOLOGY INC.,<br><br>Defendants, | Case No. C05 00686 SBA (EMC)<br>**AMENDED**<br>**ORDER GRANTING NIDEC CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE TO SUPPLEMENT EXHIBIT G TO THE DECLARATION OF ALLISON K. YOUNG IN SUPPORT OF NIDEC'S RESPONSIVE CLAIM CONSTRUCTION BRIEF FOR U.S. PATENT NO. 5,453,973** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3609846.1

[PROPOSED] ORDER GRANTING NIDEC'S MOTION FOR
ADMINISTRATIVE RELIEF TO SUPPLEMENT YOUNG DECL
EX G (C05 00686 SBA (EMC))

1   The Court having considered the papers submitted, and the papers on file in this case, and good cause showing,

IT IS HEREBY ORDERED that Nidec Corporation's Motion For Administrative Relief Seeking Leave To Supplement Exhibit G To The Declaration Of Allison K. Young In Support Of Nidec's Responsive Claim Construction Brief For U.S. Patent No. 5,453,973 is GRANTED.

IT IS SO ORDERED.

Dated: 10/11/06

_____
Hon. Saundra B. Armstrong
United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3609846.1

[PROPOSED] ORDER GRANTING NIDEC'S MOTION FOR
ADMINISTRATIVE RELIEF TO SUPPLEMENT YOUNG DECL
EX G (C05 00686 SBA (EMC))