MARTIN R. GLICK (No. 40187)
Email: mglick@howardrice.com
BOBBIE J. WILSON (No. 148317)
Email: bwilson@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

MORTON AMSTER (Admitted *pro hac vice*)
ANTHONY F. LO CICERO (Admitted *pro hac vice*)
CHARLES R. MACEDO (Admitted *pro hac vice*)
DAVID A. BOAG (Admitted *pro hac vice*)
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, New York 10016
Telephone: 212/336-8000
Facsimile: 212/336-8001

Attorneys for Defendants and Counter-Plaintiffs
VICTOR COMPANY OF JAPAN, LTD. and JVC
COMPONENTS (THAILAND) CO., LTD., and Defendants
AGILIS INC. and AGILIS TECHNOLOGY INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION | Case No. C05 00686 SBA (EMC) |
| Plaintiff, | Action Filed: February 15, 2005 |
| v. | *E-Filing* |
| VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC., | [~~PROPOS~~ED] ORDER ALLOWING DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA-KOBE, JAPAN |
| Defendants, | Date: November 8, 2006<br>Time: 10:30 a.m.<br>Place: ~~15th~~ Floor, Courtroom C<br>Judge: Edward M. Chen |
| NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD., | |
| Additional Defendants on the Counterclaims. | |

To any Consul or Vice Consul of the United States

United States Consulate in Osaka-Kobe, Japan:

 Upon the application of Defendants and Counter-Plaintiffs Victor Company Of Japan, Inc. and JVC Components (Thailand) Co., Ltd., and Defendants Agilis, Inc. and Agilis Technology, Inc. (collectively, "JVC"), and pursuant to Article 17 of the U.S.-Japan Consular Convention, it is ordered that the depositions of the following witnesses, who will appear voluntarily, be taken at the U.S. Consulate in Osaka-Kobe, Japan, commencing on or about March 5, 2007 and terminating on or about March 9, 2007:

  1. Tokio Tago
   Nidec Sankyo Corporation
   5329 Shimosuwa-machi
   Suwa-gun, Nagano 393-8511
   Japan

  2. Takehiko Yazawa
   Nidec Sankyo Corporation
   5329 Shimosuwa-machi
   Suwa-gun, Nagano 393-8511
   Japan

  3. Hiromasa Marumo
   Nidec Sankyo Corporation
   5329 Shimosuwa-machi
   Suwa-gun, Nagano 393-8511
   Japan

  4. Hiroshi Zenisawa
   Nidec Sankyo Corporation
   5329 Shimosuwa-machi
   Suwa-gun, Nagano 393-8511
   Japan

JVC's counsel will be accompanied by an interpreter from New-Tech, Ltd. who will interpret.

Counsel for JVC who will participate in said depositions are:

  1. Anthony F. LoCicero

  2. Charles R. Macedo

  3. David A. Boag

  4. Howard Wizenfeld

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

348186.3

[PROPOSED] ORDER ALLOWING DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA-KOBE, JAPAN
-1-

C05 00686 SBA (EMC)

1  Counsel for Nidec Corporation who will participate in the depositions is:

2      1.  Robert Hollingshead

3  Nidec's counsel will be accompanied by a check interpreter from Japan.

4  Counsel may arrive in Japan as early as March 2, 2007 to prepare for the depositions.

5  The proceedings will be reported by American Realtime Court Reporters and will be

6  videotaped by Legal Video Asia.

7  Please cause the testimony of said witnesses to be videotaped and reduced to writing.

8  IT IS SO ORDERED.

10  Dated this 26 day of October, 2006.

12  EDW[ARD]
United [States ...]

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court, Northern District of California*

W03 161590001/1308427/v1

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation