FRANKLIN BROCKWAY GOWDY, SBN 47918
fgowdy@morganlewis.com
THOMAS D. KOHLER, SBN 207917
tkohler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

DAVID C. BOHRER, SBN 212397
dbohrer@morganlewis.com
MICHAEL J. LYONS, SBN 202284
mlyons@morganlewis.com
DION M. BREGMAN, SBN 208393
dbregman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff and Counter-defendant
NIDEC CORPORATION and Additional Defendants NIDEC
AMERICA CORPORATION and NIDEC SINGAPORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION<br><br>            Plaintiff,<br><br>  v.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC.,<br><br>            Defendants,<br><br>NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.,<br><br>            Additional Defendants on the Counterclaims. | Case No. C05 00686 SBA (EMC)<br><br>Action Filed:  February 15, 2005<br><br>*E-Filing*<br><br>**ORDER MODIFYING PARAGRAPHS A AND B OF THE ORDER FOR PRETRIAL PREPARATION (D.I. 283)** |

1    Pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, and to fully reflect the
2  deadlines discussed and established during the Case Management Conference (*see* D.I. 282), the
3  parties stipulate to an order providing that Paragraphs A and B of the Order for Pretrial Preparation
4  entered on October 25, 2006 (D.I. 283) shall be modified to state the following:

5    **A.    DISCOVERY CUT-OFF**

6    All discovery, except for expert discovery, depositions in Japan, and willfulness discovery,
7  shall be completed and all depositions taken on or before *1/10/07*.  All depositions in Japan shall be
8  taken on or before *3/16/07*.  The parties are responsible for scheduling discovery so that motions to
9  resolve discovery disputes can be heard before the above discovery cut-offs.

10    **B.    EXPERT DESIGNATION AND EXPERT AND WILLFULNESS DISCOVERY**

11    Plaintiff shall disclose any affirmative experts by *1/16/07*; defendant by *1/16/07*; and rebuttal
12  experts disclosed by *2/16/07*.  Any expert not so named may be disallowed as a witness.  No expert
13  will be permitted to testify to any opinion, or basis or support for an opinion, that has not been
14  disclosed in response to an appropriate question or interrogatory from the opposing party.
15  Affirmative expert reports shall be due by *3/16/07*; rebuttal expert reports by *4/16/07*.  Expert
16  discovery and willfulness discovery shall be completed by *5/16/07*.

17    C**.    PRESERVATION OF PRIOR ORDER**

18    To the extent not expressly amended herein, the Court's previous Order dated October
19  25, 2006 (D.I. 283) shall remain in effect.

20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

354155.1

[STIPULATION AND PROPOSED] ORDER MODIFYING PARAGRAPHS A
AND B OF THE ORDER FOR PRETRIAL PREPARATION
-1-

C05 00686 SBA (EMC)

AGREED.

Respectfully Submitted,

Dated:  November 1, 2006

MORGAN, LEWIS & BOCKIUS LLP

FRANKLIN BROCKWAY GOWDY
THOMAS D. KOHLER
DAVID C. BOHRER
MICHAEL J. LYONS
DION M. BREGMAN

By:  /s/ David C. Bohrer
David C. Bohrer
Attorneys for Plaintiff and Counter-defendant NIDEC CORPORATION and Additional Defendants NIDEC AMERICA CORPORATION and NIDEC SINGAPORE

Dated:  November 1, 2006

HOWARD RICK NEMEROVSKI CANADY FALK & RABKIN

MARTIN R. GLICK, SBN 40187
BOBBIE J. WILSON SBN 148317

AMSTER, ROTHSTEIN & EBENSTEIN LLP

MORTON AMSTER (*pro hac vice*)
ANTHONY F. LO CICERO (*pro hac vice*)
CHARLES R. MACEDO (*pro hac vice*)

By:  /s/ Anthony F. Lo Cicero
Anthony F. Lo Cicero

Attorneys for Defendants and Counter-Plaintiffs VICTOR COMPANY OF JAPAN, LTD. and JVC COMPONENTS (THAILAND) CO., LTD. and Defendants AGILIS INC., and AGILIS TECHNOLOGY INC.

IT IS SO ORDERED.

Dated: 11/3/06

_SAUNDRA B. ARMSTRONG_
SAUNDRA BROWN ARMSTRONG
United States District Judge

1   Pursuant to General Order No. 45, Section X(B) regarding signatures, I, David C. Bohrer, attest
2   that concurrence in the filing of this document has been obtained from each of the other signatories.  I
3   declare under penalty of perjury under the laws of the United States of America that the foregoing is
4   true and correct.  Executed this 1st day of November, 2006, at Palo Alto, California.

<pre>
                                            /s/ David C. Bohrer
                                            David C. Bohrer
</pre>