CHAMBERS EMC

1  MARTIN R. GLICK (No. 40187)
   Email: mglick@howardrice.com
2  BOBBIE J. WILSON (No. 148317)
   Email: bwilson@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
      FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone:   415/434-1600
6  Facsimile:   415/217-5910

7  MORTON AMSTER (Admitted *pro hac vice*)
   ANTHONY F. LO CICERO (Admitted *pro hac vice*)
8  CHARLES R. MACEDO (Admitted *pro hac vice*)
   DAVID A. BOAG (Admitted *pro hac vice*)
9  AMSTER ROTHSTEIN & EBENSTEIN LLP
   90 Park Avenue, 21st Floor
10 New York, New York 10016-1463
   Telephone:   212/336-8000
11 Facsimile:   212/336-8001

12 Attorneys for Defendants and Counter-Plaintiffs
   VICTOR COMPANY OF JAPAN, LTD. and JVC
13 COMPONENTS (THAILAND) CO., LTD., and Defendants
   AGILIS INC. and AGILIS TECHNOLOGY INC.
14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                           OAKLAND DIVISION
17

| | |
|---|---|
| NIDEC CORPORATION, | No. C05 00686 SBA (EMC) |
| Plaintiff, | Action Filed: February 15, 2005 |
| v. | *E-Filing* |
| VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC. and AGILIS TECHNOLOGY INC., | [PROPOSED] ORDER GRANTING NIDEC'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5: |
| Defendants, | 1) [UNREDACTED] NIDEC'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF CAD FILES; AND, |
| NIDEC AMERICA CORPORATION and NIDIC SINGAPORE PTE, LTD., | |
| Additional Defendants on the Counterclaims. | 2) EXHIBIT G TO THE DECLARATION OF THOMAS D. KOHLER IN SUPPORT OF NIDEC'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF JVC'S CAD FILES (D.I. 290) |

[PROPOSED] ORDER GRANTING NIDEC'S CIVIL L.R. 79-5 ADMIN. REQ. TO FILE UNDER SEAL  C05 00686 SBA (EMC)

-1-

After considering the papers submitted, and the papers on file in this case, and good cause (INCLUDING DOCKET No. 296) appearing,

IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file under seal:

(1) [Unredacted] Nidec's Reply in Support of Its Motion to Compel Production of JVC's CAD Files; and,

(2) Exhibit G to the Declaration of Thomas D. Kohler in Support of Nidec's Reply in Support of Its Motion to Compel Production of JVC's CAD Files.

THIS ORDER DISPOSES OF DOCKET No. 287.

IT IS SO ORDERED.

Dated this 13 day of NOVEMBER, 2006.

_____
EDWARD M. CHEN
United States Magistrate Judge

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

W03 110706-161590001/W8/1320478/v1

[PROPOSED] ORDER GRANTING NIDEC'S CIVIL L.R. 79-5 ADMIN. REQ. TO FILE UNDER SEAL   C05 00686 SBA (EMC)
-1-