| | |
|---|---|
| 1 | FRANKLIN BROCKWAY GOWDY, SBN 47918 |
|   | fgowdy@morganlewis.com |
| 2 | THOMAS D. KOHLER, SBN 207917 |
|   | tkohler@morganlewis.com |
| 3 | MORGAN, LEWIS & BOCKIUS LLP |
|   | One Market, Spear Street Tower |
| 4 | San Francisco, CA 94105-1126 |
|   | Tel: 415.442.1000 |
| 5 | Fax: 415.442.1001 |
| 6 | DAVID C. BOHRER, SBN 212397 |
|   | dbohrer@morganlewis.com |
| 7 | MICHAEL J. LYONS, SBN 202284 |
|   | mlyons@morganlewis.com |
| 8 | DION M. BREGMAN, SBN 208393 |
|   | dbregman@morganlewis.com |
| 9 | MORGAN, LEWIS & BOCKIUS LLP |
|   | 2 Palo Alto Square |
| 10 | 3000 El Camino Real, Suite 700 |
|   | Palo Alto, CA 94306-2122 |
| 11 | Tel: 650.843.4000 |
|   | Fax: 650.843.4001 |
| 12 | |
|   | Attorneys for Plaintiff and Counter-defendant |
| 13 | NIDEC CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| NIDEC CORPORATION, | | Case No. C05 00686 SBA (EMC) |
| | Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 NIDEC'S MOTION TO COMPEL PRODUCTION OF CAD FILES AND SUPPORTING LYONS DECLARATION EXHIBITS |
| | vs. | |
| VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, INC. and AGILIS TECHNOLOGY INC., | | |
| | Defendants. | |

///

///

///

///

///

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5; CASE NO. C:05 00686 SBA (EMC)
1-PA/3609696.1

1 | The Court having considered the papers submitted, and the papers on file in this case, and DOCKET (INCLUDING
2 | upon good cause showing, NO. 270)

3 | **IT IS HEREBY ORDERED:**

4 | Pursuant to Civil L.R. 79-5, the Clerk shall place under seal the following documents:

5 | 1.  Nidec's Notice of Motion and Motion to Compel Production of JVC's CAD Files.

6 | 2.  Exhibit 1 to the Declaration of Michael J. Lyons in support of Plaintiff Nidec's
7 | Motion to Compel Production of JVC's CAD Files; and

8 | 3.  Exhibit 2 to the Declaration of Michael J. Lyons in support of Plaintiff Nidec's
9 | Motion to Compel Production of JVC's CAD Files.

THIS ORDER DISPOSES OF DOCKET NO. 256.

11 | Dated: NOVEMBER 13, 2006

HON. EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS
UNDER SEAL PURSUANT TO CIVIL L.R. 79-5; CASE NO. C:05 00686 SBA (EMC)
1-PA/3609696.1

1