MARTIN R. GLICK (No. 40187)
Email: mglick@howardrice.com
BOBBIE J. WILSON (No. 148317)
Email: bwilson@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

MORTON AMSTER (Admitted *pro hac vice*)
ANTHONY F. LO CICERO (Admitted *pro hac vice*)
CHARLES R. MACEDO (Admitted *pro hac vice*)
DAVID A. BOAG (Admitted *pro hac vice*)
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, New York 10016
Telephone:   212/336-8000
Facsimile:   212/336-8001

Attorneys for Defendants and Counter-Plaintiffs
VICTOR COMPANY OF JAPAN, LTD. and JVC
COMPONENTS (THAILAND) CO., LTD., and Defendants
AGILIS INC. and AGILIS TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC., <br><br> Defendants, <br><br> NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD., <br><br> Additional Defendants on the Counterclaims. | Case No. C05 00686 SBA (EMC) <br><br> Action Filed: February 15, 2005 <br><br> *E-Filing* <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL RE: [SEALED] OPPOSITION TO NIDEC CORPORATION'S MOTION TO COMPEL PRODUCTION OF JVC'S CAD FILES; SUPPORTING EXHIBITS TO THE DECLARATION OF MARION P. METELSKI IN SUPPORT THEREOF; [SEALED] DECLARATION OF AKIRA NISHIO IN SUPPORT THEREOF AND SUPPORTING EXHIBITS <br><br> Judge:   Edward M. Chen |

[PROPOSED] ORDER GRANTING DEFENDANTS' MAR TO FILE
DOCUMENTS UNDER SEAL                                                      C05 00686 SBA (EMC)

353456.1

After considering the Miscellaneous Administrative Request of Defendants and Counter-Plaintiffs Victor Company Of Japan, Inc. and JVC Components (Thailand) Co., Ltd., and Defendants Agilis, Inc. and Agilis Technology, Inc. (collectively, "JVC") for an order allowing *& OTHER EVIDENCE IN THE RECORD (INCLUDING DOCKET No. 300)* them to file documents under seal, and good cause appearing, the Court hereby GRANTS JVC's request. Accordingly, the Clerk of the Court shall file under seal the following:

1. The JVC Parties' [Sealed] Opposition to Nidec Corporation's Motion to Compel Production of JVC's CAD Files;

2. Confidential Exhibits 1 - 8 to the Declaration of Marion P. Metelski in Support of the JVC Parties' Opposition to Nidec Corporation's Motion to Compel Production of JVC's CAD Files; and,

3. The [Sealed] Declaration of Akira Nishio in Support of the JVC Parties' Opposition to Nidec Corporation's Motion to Compel Production of JVC's CAD Files and confidential Exhibits 1 - 6 thereto.

*THIS ORDER DISPOSES OF DOCKET No. 275.*

IT IS SO ORDERED.

Dated this 14 day of Nov., 2006.

_____
EDWARD M. CHEN
United States Magistrate Judge