UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIDEC CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>VICTOR COMPANY OF JAPAN, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-05-0686 SBA (EMC)<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF JVC'S CAD FILES**<br><br>**(Docket No. 253)** |

Nidec has filed a motion asking the Court to compel the JVC parties to produce JVC's CAD files for certain motors. The Court held a hearing on the motion on November 21, 2006.

At the hearing, the JVC parties agreed to produce the CAD files as they are maintained in the ordinary course of business for the motors identified by Nidec in their preliminary infringement contentions (*i.e.*, EC37XA, XB, XC, XD, XE, RA, and ZA). The JVC parties further agreed to produce the CAD files as they are maintained in the ordinary course of business -- as well as the technical drawings not yet produced -- for other motors commercialized in the United States but not accused in the preliminary infringement contentions (*i.e.*, EC37RC, XF, XH, EC37XK, XL, ZF, and ZH). The JVC parties agreed to produce the CAD files and technical drawings by November 30, 2006, along with a certification stating that all CAD files have been produced and that the CAD files have been produced as maintained in the ordinary course of business. *See* Fed. R. Civ. P. 34(b).

The only dispute remaining was whether the JVC parties should have to produce the CAD files and technical drawings for certain motors not commercialized in the United States. (These appear to be 2.5" motors only.) The JVC parties stated that they would provide by November 30 a

1  certification identifying all such motors for which there are CAD drawings and providing
2  information regarding their sales directly and indirectly into the United States.  The Court allowed
3  the JVC parties to provide this certification and instructed the parties that they should thereafter file
4  a joint letter by December 4, 2006, as to whether this certification resolved the discovery dispute
5  regarding these motors.  The joint letter should also address what disputes are left with respect to
6  Nidec's emergency motion to be heard on December 6, 2006.

        All CAD files produced hereunder shall be subject to the protective order in place herein, and strict compliance therewith shall be maintained.

        This order disposes of Docket No. 253.

        IT IS SO ORDERED.

Dated:  November 22, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge