1  MARTIN R. GLICK (No. 40187)
   Email: mglick@howardrice.com
2  BOBBIE J. WILSON (No. 148317)
   Email: bwilson@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone:    415/434-1600
6  Facsimile:    415/217-5910

7  MORTON AMSTER (Admitted *pro hac vice*)
   ANTHONY F. LO CICERO (Admitted *pro hac vice*)
8  CHARLES R. MACEDO (Admitted *pro hac vice*)
   DAVID A. BOAG (Admitted *pro hac vice*)
9  AMSTER, ROTHSTEIN & EBENSTEIN, LLP
   90 Park Avenue
10 New York, New York 10016
   Telephone:    212/336-8000
11 Facsimile:    212/336-8001

12 Attorneys for Defendants and Counter-Plaintiffs
   VICTOR COMPANY OF JAPAN, LTD. and JVC
13 COMPONENTS (THAILAND) CO., LTD., and Defendants
   AGILIS INC. and AGILIS TECHNOLOGY INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION | Case No. C05 00686 SBA (EMC) |
| Plaintiff, | Action Filed: February 15, 2005 |
| v. | *E-Filing* |
| VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC., | [~~PROPOS~~ED] ORDER GRANTING SEALING OF NIDEC'S EMERGENCY MOTION TO COMPEL PRODUCTION OF TECHNICAL DOCUMENTS RE NEWLY IDENTIFIED MOTORS AND EXTEND THE DEADLINE FOR NIDEC'S FINAL INFRINGEMENT CONTENTIONS AND SUPPORTING BREGMAN DECLARATION EXHIBITS C, D, E, F, I, J, K, AND L, AND REMOVAL OF EXHIBITS J AND K FROM THE PUBLIC DOCKET |
| Defendants, | |
| NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD., | |
| Additional Defendants on the Counterclaims. | Judge:    Hon. Edward M. Chen, U.S. Magistrate Judge |
| | Trial Date:    September 24, 2007 |

356069.1

[PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL

C05 00686 SBA (EMC)

1  After considering the papers submitted, and the papers on file in this case, and good cause
2  appearing,
3  IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file
4  under seal:
5  (1)  [Unredacted] Nidec's Emergency Motion to Compel Production of Technical
6  Documents Re Newly Identified Motors and Extend the Deadline for Nidec's Final Infringement
7  Contentions; and,
8  (2) Exhibits C, D, E, F, I, J, K, and L to the Declaration of Dion M. Bregman in Support
9  of Nidec's Motion to Shorten Time and Emergency to Compel Production of Technical Documents
10 Re Newly Identified Motors and Extend the Deadline for Nidec's Final Infringement Contentions
11 ("Bregman Declaration").

13 IT IS FURTHER ORDERED that the Clerk shall immediately remove Exhibits J and K to the
14 Bregman Declaration from the public docket.  Nidec shall filed under seal Exhibits J and K to the
15 Bregman Declaration accompanied by a copy of this order.

17 IT IS SO ORDERED.

19 Dated this __28th__ day of __Nov.__, 2006.



EDWARD
United Sta
Judge Edward M. Chen

356069.1

[PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
-1-

C05 00686 SBA (EMC)