MARTIN R. GLICK (No. 40187)
Email: mglick@howardrice.com
BOBBIE J. WILSON (No. 148317)
Email: bwilson@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:   415/217-5910

MORTON AMSTER (Admitted *pro hac vice*)
ANTHONY F. LO CICERO (Admitted *pro hac vice*)
CHARLES R. MACEDO (Admitted *pro hac vice*)
DAVID A. BOAG (Admitted *pro hac vice*)
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, New York 10016
Telephone:  212/336-8000
Facsimile:   212/336-8001

Attorneys for Defendants and Counter-Plaintiffs
VICTOR COMPANY OF JAPAN, LTD. and JVC
COMPONENTS (THAILAND) CO., LTD., and Defendants
AGILIS INC. and AGILIS TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION | Case No. C05 00686 SBA (EMC) |
| Plaintiff, | Action Filed: February 15, 2005 |
| v. | *E-Filing* |
| VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC., | [PROPOSED] ORDER GRANTING [#323] PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 THE JOINT LETTER TO JUDGE CHEN REGARDING NIDEC'S EMERGENCY MOTION |
| Defendants, | |
| NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD., | Judge: Hon. Edward M. Chen, U.S. Magistrate Judge |
| Additional Defendants on the Counterclaims. | Trial Date: September 24, 2007 |

|   |   |
|---|---|
| 1 | After considering the papers submitted, and the papers on file in this case (including Docket |
| 2 | No. __), and good cause appearing, |
| 3 | IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file |
| 4 | under seal: |
| 5 | (1) Joint Letter to Judge Chen Regarding Nidec's Emergency Motion. |
| 7 | This order disposes of Docket No. 323. |
| 9 | IT IS SO ORDERED. |
| 11 | Dated this 5 day of Dec, 2006. |

EDWARD M. CHEN
United States Magistrate Judge

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

356098.1

[PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
-1-

C05 00686 SBA (EMC)