MARTIN R. GLICK (No. 40187)
Email: mglick@howardrice.com
BOBBIE J. WILSON (No. 148317)
Email: bwilson@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
  FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:   415/217-5910

MORTON AMSTER (Admitted *pro hac vice*)
ANTHONY F. LO CICERO (Admitted *pro hac vice*)
CHARLES R. MACEDO (Admitted *pro hac vice*)
DAVID A. BOAG (Admitted *pro hac vice*)
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, New York 10016
Telephone:  212/336-8000
Facsimile:   212/336-8001

Attorneys for Defendants and Counter-Plaintiffs
VICTOR COMPANY OF JAPAN, LTD. and JVC
COMPONENTS (THAILAND) CO., LTD., and Defendants
AGILIS INC. and AGILIS TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION<br><br>              Plaintiff,<br><br>  v.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC.,<br><br>              Defendants,<br><br>NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.,<br><br>              Additional Defendants on<br>              the Counterclaims. | Case No. C05 00686 SBA (EMC)<br><br>Action Filed: February 15, 2005<br><br>*E-Filing*<br><br>[~~PROPOS~~ED] ORDER GRANTING JVC'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 JVC'S LETTER TO NIDEC DATED DECEMBER 5, 2006 AND ATTACHMENTS THERETO    [#350]<br><br>Judge:      Hon. Edward M. Chen,<br>             U.S. Magistrate Judge<br><br>Trial Date:  September 24, 2007 |

After considering the papers submitted, and the papers on file in this case, and good cause appearing,

IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file under seal:

(1) JVC's Letter to Nidec, dated December 5, 2006; and,

(2) Attachments to JVC's Letter to Nidec, dated December 5, 2006 labeled as Bates nos. JVC0201368 and JVC0001038.

IT IS SO ORDERED.

Dated this 7th day of Dec., 2006.

_____
EDWARD M. CHEN
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

W03 161590001/1347195/v1