| | |
|---|---|
| FRANKLIN BROCKWAY GOWDY, SBN 47918<br>THOMAS D. KOHLER, SBN 207917<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br><br>DAVID C. BOHRER, SBN 212397<br>MICHAEL J. LYONS, SBN 202284<br>DION M. BREGMAN, SBN 208393<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br><br>Attorneys for Plaintiff and Counter-defendant NIDEC CORPORATION and Counterdefendants NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD. | MARTIN R. GLICK, SBN 40187<br>BOBBIE J. WILSON, SBN 148317<br>HOWARD RICK NEMEROVSKI CANADY FALK & RABKIN<br>A Professional Corporation<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>Tel: 415.434.1600<br>Fax: 415.217.5910<br><br>MORTON AMSTER (pro hac vice)<br>ANTHONY F. LO CICERO (pro hac vice)<br>CHARLES R. MACEDO (pro hac vice)<br>AMSTER, ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel: 212.336.8000<br>Fax: 212.336.8001<br><br>Attorneys for Defendants<br>JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, Inc., and AGILIS TECHNOLOGY INC. and Defendant and Counter-plaintiff VICTOR COMPANY OF JAPAN, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD.,<br><br>    Defendants and Counterclaim Plaintiffs,<br><br>KABUSHIKI KAISHA AGILIS, and AGILIS TECHNOLOGY INC.,<br><br>    Defendants,<br><br>NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.,<br><br>    Additional Counterclaim Defendants. | Case No. C05 00686 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO SUBMIT JOINT LETTER REGARDING SETTLEMENT TO MAGISTRATE ZIMMERMAN** |

1-PA/3618132.1

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO SUBMIT JOINT LETTER
RE SETTLEMENT TO MAGISTRATE ZIMMERMAN
(NO. C05 00686 SBA (EMC))

1  Plaintiff and Counterdefendant Nidec Corporation, and additional Counterdefendants
2  Nidec America Corporation and Nidec Singapore PTE, Ltd. by and through their counsel Morgan
3  Lewis & Bockius LLP, and Defendants Victor Company of Japan, Ltd., JVC Components
4  (Thailand) Co., Agilis Inc. and Agilis Technology Inc., by and through their counsel Amster
5  Rothstein & Ebenstein LLP, stipulate to the extension of the deadline to file a joint status letter
6  with Magistrate Zimmerman regarding settlement discussions from December 11, 2006 to
7  December 18, 2006.
8  IT IS SO AGREED AND STIPULATED.

Dated: December 11, 2006                      MORGAN, LEWIS & BOCKIUS LLP

                                              FRANKLIN BROCKWAY GOWDY
                                              THOMAS D. KOHLER
                                              DAVID C. BOHRER
                                              MICHAEL J. LYONS

                                        By:  /s/David C. Bohrer
                                              David C. Bohrer

                                              Attorneys for Plaintiff and Counterdefendant
                                              NIDEC CORPORATION, and additional
                                              Counterdefendants NIDEC AMERICA
                                              CORPORATION and NIDEC SINGAPORE
                                              PTE, LTD.

Dated: December 11, 2006                      HOWARD RICK NEMEROVSKI CANADY
                                              FALK & RABKIN
                                              MARTIN R. GLICK, SBN 40187
                                              BOBBIE J. WILSON, SBN 148317

                                              AMSTER, ROTHSTEIN & EBENSTEIN LLP
                                              MORTON AMSTER (*pro hac vice*)
                                              ANTHONY F. LO CICERO (*pro hac vice*)
                                              CHARLES R. MACEDO (*pro hac vice*)

                                        By:  /s/Anthony F. Lo Cicero
                                              Anthony F. Lo Cicero

                                              Attorneys for Defendants
                                              JVC Components (Thailand) Co., Ltd., Agilis
                                              Inc., and Agilis Technology Inc., and
                                              Defendant and Counterplaintiff Victor
                                              Company of Japan, Ltd.

1  IT IS SO ORDERED.

4  December 12, 2006
5  Dated: _____           _____
                                             Honorable Bernard Zimmerman
6                                            United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED / Bernard Zimmerman (signature) / Judge Bernard Zimmerman]*

1-PA/3618132.1                            3

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO SUBMIT JOINT LETTER
RE SETTLEMENT TO MAGISTRATE ZIMMERMAN
(NO. C05 00686 SBA (EMC))

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, David C. Bohrer, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of December 2006, at Palo Alto, California.

/s/ David C. Bohrer
David C. Bohrer

1-PA/3618132.1

4

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO SUBMIT JOINT LETTER
RE SETTLEMENT TO MAGISTRATE ZIMMERMAN
(NO. C05 00686 SBA (EMC))