| | |
|---|---|
| FRANKLIN BROCKWAY GOWDY, SBN 47918<br>THOMAS D. KOHLER, SBN 207917<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br><br>DAVID C. BOHRER, SBN 212397<br>MICHAEL J. LYONS, SBN 202284<br>DION M. BREGMAN, SBN 208393<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br><br>Attorneys for Plaintiff and Counter-defendant NIDEC CORPORATION and Counterdefendants NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD. | MARTIN R. GLICK, SBN 40187<br>BOBBIE J. WILSON, SBN 148317<br>HOWARD RICK NEMEROVSKI CANADY FALK & RABKIN<br>A Professional Corporation<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>Tel: 415.434.1600<br>Fax: 415.217.5910<br><br>MORTON AMSTER (pro hac vice)<br>ANTHONY F. LO CICERO (pro hac vice)<br>CHARLES R. MACEDO (pro hac vice)<br>AMSTER, ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel: 212.336.8000<br>Fax: 212.336.8001<br><br>Attorneys for Defendants JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, Inc., and AGILIS TECHNOLOGY INC. and Defendant and Counter-plaintiff VICTOR COMPANY OF JAPAN, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD.,<br><br>    Defendants and Counterclaim Plaintiffs,<br><br>KABUSHIKI KAISHA AGILIS, and AGILIS TECHNOLOGY INC.,<br><br>    Defendants,<br><br>NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.,<br><br>    Additional Counterclaim Defendants. | Case No. C05 00686 SBA (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR MOTIONS TO COMPEL** |

Pursuant to Civil L.R. 6-2(a), the Clerk's Notice dated December 7, 2006 [D.I. 369] re-setting the hearings on: (1) Defendant JVC's Motion to Compel Nidec Depositions; (2) Plaintiff's Motion to Compel Depositions; and (3) Defendant JVC's Motion to Compel Discovery Related to the Accused Nidec Motors (collectively "Pending Discovery Motions") to January 12, 2007, and the parties' December 14 telephone conference with the Court's law clerk, the parties submit this stipulation and proposed order regarding the briefing schedule for the Pending Discovery Motions.

| | |
|---|---|
| Oppositions to Pending Discovery Motions due: | December 20, 2006 |
| Replies to Pending Discovery Motions due: | December 27, 2006 |

IT IS SO AGREED AND STIPULATED.

Dated: December 15, 2006                MORGAN, LEWIS & BOCKIUS LLP

FRANKLIN BROCKWAY GOWDY
THOMAS D. KOHLER
DAVID C. BOHRER
MICHAEL J. LYONS

By: /s/ Thomas D. Kohler
        Thomas D. Kohler

Attorneys for Plaintiff and Counterdefendant NIDEC CORPORATION, and additional Counterdefendants NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.

Dated: December 15, 2006

HOWARD RICK NEMEROVSKI CANADY FALK & RABKIN
MARTIN R. GLICK, SBN 40187
BOBBIE J. WILSON, SBN 148317

AMSTER, ROTHSTEIN & EBENSTEIN LLP
MORTON AMSTER (*pro hac vice*)
ANTHONY F. LO CICERO (*pro hac vice*)
CHARLES R. MACEDO (*pro hac vice*)

By: /S/ Anthony F. Lo Cicero
Anthony F. Lo Cicero

Attorneys for Defendants
JVC Components (Thailand) Co., Ltd., Agilis Inc., and Agilis Technology Inc., and Defendant and Counterplaintiff Victor Company of Japan, Ltd.

IT IS SO ORDERED.

Dated: December 18, 2006

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

Chen
Judge

1-PA/3619064.1 3 STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTIONS TO COMPEL (NO. C05 00686 SBA (EMC))

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Thomas D. Kohler, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of December 2006, at San Francisco, California.

/s/ Thomas D. Kohler
Thomas D. Kohler