UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIDEC CORP., <br>       Plaintiff(s), <br>   v. <br> VICTOR CO. OF JAPAN, LTD, et al., <br>       Defendant(s). | No. C05-0686 SBA (BZ) <br><br> **ORDER SCHEDULING TELEPHONIC CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephone conference is scheduled for **April 9, 2007 at 3:00 p.m.** Its purpose is to structure the process which will result in a settlement conference tentatively scheduled for August 17, 2007. Counsel for plaintiff shall get counsel for defendant on the line and call chambers at **415-522-4093**. Prior to April 9, 2006, counsel for both parties shall meet and confer about the appropriate party representatives to participate in the settlement conference and about the place of their initial meeting.

Dated: December 20, 2006

                                          /s/ Bernard Zimmerman
                                          Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-REFS\REFS.06.\NIDEC.TEL.CONF.ORDER.2.wpd

1