```
 1 | MARTIN R. GLICK (No. 40187)
   | Email: mglick@howardrice.com
 2 | BOBBIE J. WILSON (No. 148317)
   | Email: bwilson@howardrice.com
 3 | HOWARD RICE NEMEROVSKI CANADY
   |     FALK & RABKIN
 4 | A Professional Corporation
   | Three Embarcadero Center, 7th Floor
 5 | San Francisco, California 94111-4024
   | Telephone:    415/434-1600
 6 | Facsimile:    415/217-5910
 7 | MORTON AMSTER (Admitted pro hac vice)
   | ANTHONY F. LO CICERO (Admitted pro hac vice)
 8 | CHARLES R. MACEDO (Admitted pro hac vice)
   | DAVID A. BOAG (Admitted pro hac vice)
 9 | AMSTER, ROTHSTEIN & EBENSTEIN, LLP
   | 90 Park Avenue
10 | New York, New York 10016
   | Telephone:    212/336-8000
11 | Facsimile:    212/336-8001
12 | Attorneys for Defendants and Counter-Plaintiffs
   | VICTOR COMPANY OF JAPAN, LTD. and JVC
13 | COMPONENTS (THAILAND) CO., LTD., and Defendants
   | AGILIS INC. and AGILIS TECHNOLOGY INC.
```

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC.,<br><br>    Defendants,<br><br>NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.,<br><br>    Additional Defendants on the Counterclaims. | Case No. C05 00686 SBA (EMC)<br><br>Action Filed: February 15, 2005<br><br>*E-Filing*<br><br>[PROPOSED] ORDER GRANTING JVC'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 JVC'S MOTION TO COMPEL DISCOVERY RELATED TO THE ACCUSED NIDEC MOTORS AND SUPPORTING BOAG DECLARATION EXHIBITS<br><br>Judge:    Hon. Edward M. Chen,<br>           U.S. Magistrate Judge<br><br>Trial Date:  September 24, 2007 |

After considering the papers submitted, and the papers on file in this case, and good cause appearing,

IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file under seal:

(1) [Sealed] JVC's Notice of Motion and Memorandum of Points and Authorities to Compel Discovery Related to the Accused Nidec Motors; and,

(2) Confidential Exhibits 1-9 to the Declaration of David A. Boag in Support of JVC's Motion to Compel Discovery Related to the Nidec Accused Motors.

THIS ORDER DISPOSES OF DOCKET NO. 356

IT IS SO ORDERED.

Dated this 4th day of Jan., 2007.

_____
EDWARD M. CHEN
United States Magistrate Judge

W03 161590001/1347442/v1

357135.1

[PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
-1-

C05 00686 SBA (EMC)