FRANKLIN BROCKWAY GOWDY, SBN 47918
fgowdy@morganlewis.com
THOMAS D. KOHLER, SBN 207917
tkohler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

DAVID C. BOHRER, SBN 212397
dbohrer@morganlewis.com
MICHAEL J. LYONS, SBN 202284
mlyons@morganlewis.com
DION M. BREGMAN, SBN 208393
dbregman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff and Counter-defendant
NIDEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, INC. and AGILIS TECHNOLOGY INC.,<br><br>        Defendants. | Case No. C05 00686 SBA (EMC)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 [D.I. 408]** |

/ / /

/ / /

/ / /

/ / /

/ / /

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMNENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5; CASE NO. C:05 00686 SBA (EMC)
1-PA/3619785.1

1  The Court having considered the papers submitted, and the papers on file in this case, and
2  upon good cause showing,
3  **IT IS HEREBY ORDERED:**
4  Pursuant to Civil L.R. 79-5, the Clerk shall place under seal the following documents:
5  1. [Sealed] Plaintiff Nidec Corporation's Memorandum in Opposition to Defendants'
6  Motion to Compel;
7  2. [Sealed] Declaration of Allison K. Young in Support of Plaintiff Nidec
8  Corporation's Memorandum in Opposition to Defendants' Motion to Compel; and
9  3. [Sealed] Exhibits 1, 2, 4, 5, 10 and 11 to the Supporting Young Declaration.

Dated: _____January 4, 2007_____, ~~2006~~    _____
                                                                        M. CHEN
                                                        DISTRICT COURT JUDGE
                                                                MAGISTRATE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMNENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5; CASE NO. C:05 00686 SBA (EMC)
PA/3619785.1                                                                                          1