1 MARTIN R. GLICK (No. 40187)
Email: mglick@howardrice.com
2 BOBBIE J. WILSON (No. 148317)
Email: bwilson@howardrice.com
3 HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
4 A Professional Corporation
Three Embarcadero Center, 7th Floor
5 San Francisco, California 94111-4024
Telephone: 415/434-1600
6 Facsimile: 415/217-5910

7 MORTON AMSTER (Admitted *pro hac vice*)
ANTHONY F. LO CICERO (Admitted *pro hac vice*)
8 CHARLES R. MACEDO (Admitted *pro hac vice*)
DAVID A. BOAG (Admitted *pro hac vice*)
9 AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
10 New York, New York 10016
Telephone: 212/336-8000
11 Facsimile: 212/336-8001

12 Attorneys for Defendants and Counter-Plaintiffs
VICTOR COMPANY OF JAPAN, LTD. and JVC
13 COMPONENTS (THAILAND) CO., LTD., and Defendants
AGILIS INC. and AGILIS TECHNOLOGY INC.

14                     UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                             OAKLAND DIVISION

17

| | |
|---|---|
| 18 NIDEC CORPORATION | Case No. C05 00686 SBA (EMC) |
| 19         Plaintiff, | Action Filed: February 15, 2005 |
| 20    v. | *E-Filing* |
| 21 VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC., | [P~~ROPOSED~~] ORDER GRANTING JVC'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 JVC'S LETTER TO NIDEC DATED DECEMBER 5, 2006 AND ATTACHMENTS THERETO |
| 23         Defendants, | |
| 24 NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD., | Judge:     Hon. Edward M. Chen,<br>          U.S. Magistrate Judge |
| 25      Additional Defendants on<br>26      the Counterclaims. | Trial Date:   September 24, 2007 |

27

28

356978.1     [PROPOSED] ORDER GRANTING CIVIL L.R. 79-5     C05 00686 SBA (EMC)
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL

After considering the papers submitted, and the papers on file in this case, and good cause appearing,

IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file under seal:

(1) JVC's Letter to Nidec, dated December 5, 2006; and,

(2) Attachments to JVC's Letter to Nidec, dated December 5, 2006 labeled as Bates nos. JVC0201368 and JVC0001038.

This order disposes of Docket No. 350.

IT IS SO ORDERED.

Dated this 4th day of Jan , ~~2006~~ 2007

EDWARD
United St___

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

W03 161590001/1347195/v1

356978.1

[PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
-1-

C05 00686 SBA (EMC)