CHAMBERS
EMC

1  MARTIN R. GLICK (No. 40187)
   Email: mglick@howardrice.com
2  BOBBIE J. WILSON (No. 148317)
   Email: bwilson@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone:   415/434-1600
6  Facsimile:   415/217-5910

7  MORTON AMSTER (Admitted *pro hac vice*)
   ANTHONY F. LO CICERO (Admitted *pro hac vice*)
8  CHARLES R. MACEDO (Admitted *pro hac vice*)
   DAVID A. BOAG (Admitted *pro hac vice*)
9  AMSTER, ROTHSTEIN & EBENSTEIN, LLP
   90 Park Avenue
10 New York, New York 10016
   Telephone:   212/336-8000
11 Facsimile:   212/336-8001

12 Attorneys for Defendants and Counter-Plaintiffs
   VICTOR COMPANY OF JAPAN, LTD. and JVC
13 COMPONENTS (THAILAND) CO., LTD., and Defendants
   AGILIS INC. and AGILIS TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION | No. C05 00686 SBA (EMC) |
| Plaintiff, | Action Filed: February 15, 2005 |
| v. | *E-Filing* |
| VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC., | [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 JOINT LETTER TO JUDGE CHEN REGARDING JVC PARTIES' NOVEMBER 30, 2006 CERTIFICATION AND NIDEC'S EMERGENCY MOTION (D.I. 343) |
| Defendants, | |
| NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD., | Judge:  Hon. Edward M. Chen, U.S. Magistrate Judge |
| Additional Defendants on the Counterclaims. | Trial Date:  September 24, 2007 |

[PROPOSED] ORDER RE MAR TO SEAL JT LTR TO COURT    C05 00686 SBA (EMC)

1  After considering the papers submitted, and the papers on file in this case, and good cause
2  appearing,
3  IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file
4  under seal:
5  (1) Joint Letter to Judge Chen Regarding JVC Parties' November 30, 2006 Certification and
6  Nidec's Emergency Motion, dated December 4, 2006, and attachments thereto.
7  IT IS SO ORDERED.
8  Dated this 5th day of Jan , 2006.

EDWARD M. CHEN
United States Magistrate Judge

[PROPOSED] ORDER RE MAR TO SEAL JT LTR TO COURT    C05 00686 SBA (EMC)
-1-