1  MARTIN R. GLICK (No. 40187)
   Email: mglick@howardrice.com
2  BOBBIE J. WILSON (No. 148317)
   Email: bwilson@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone:    415/434-1600
6  Facsimile:    415/217-5910

7  MORTON AMSTER (Admitted *pro hac vice*)
   ANTHONY F. LO CICERO (Admitted *pro hac vice*)
8  CHARLES R. MACEDO (Admitted *pro hac vice*)
   DAVID A. BOAG (Admitted *pro hac vice*)
9  AMSTER, ROTHSTEIN & EBENSTEIN, LLP
   90 Park Avenue
10 New York, New York 10016
   Telephone:    212/336-8000
11 Facsimile:    212/336-8001

12 Attorneys for Defendants and Counter-Plaintiffs
   VICTOR COMPANY OF JAPAN, LTD. and JVC
13 COMPONENTS (THAILAND) CO., LTD., and Defendants
   AGILIS INC. and AGILIS TECHNOLOGY INC.
14

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                           OAKLAND DIVISION

18 | NIDEC CORPORATION | No. C05 00686 SBA (EMC)
19 |         Plaintiff, | Action Filed: February 15, 2005
20 |    v.  | *E-Filing*
21 | VICTOR COMPANY OF JAPAN, LTD., JVC | [PROPOSED] ORDER GRANTING
   | COMPONENTS (THAILAND) CO., LTD., | NIDEC'S ADMINISTRATIVE REQUEST
22 | AGILIS INC., and AGILIS TECHNOLOGY | TO FILE UNDER SEAL PURSUANT TO
   | INC., | CIVIL L.R. 79-5 NIDEC'S MOTION TO
23 |     | COMPEL DEPOSITIONS AND
   |         Defendants, | SUPPORTING KOHLER DECLARATION
24 |     | EXHIBITS H AND I
   | NIDEC AMERICA CORPORATION and
25 | NIDEC SINGAPORE PTE, LTD., | Judge: Hon. Edward M. Chen,
   |     |        U.S. Magistrate Judge
26 |         Additional Defendants on | Trial Date: September 24, 2007
   |         the Counterclaims. |
27 |     | (Docket 370)

28
                    [PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
                    ADMINISTRATIVE REQUEST TO FILE UNDER SEAL          C05 00686 SBA (EMC)

1  After considering the papers submitted, and the papers on file in this case, and good cause
2  appearing,
3  IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file
4  under seal:
5     (1)   [Sealed] Nidec Corporation's Notice of Motion and Motion to Compel Depositions; and
6     (2)   Exhibits H and I to the Declaration of Thomas D. Kohler in Support of Nidec's Motion to
7          Compel Depositions.
8  IT IS FURTHER ORDERED that Nidec shall file Exhibit G to the Declaration of Thomas D.
9  Kohler in Support of Nidec's Motion to Compel Depositions in the public record.

THIS ORDER DISPOSES OF DOCKET N°. 370.

10  IT IS SO ORDERED.
11  Dated this 5th day of Jan, 2006 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

[PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
-1-

C05 00686 SBA (EMC)