1   MARTIN R. GLICK (No. 40187)
    Email: mglick@howardrice.com

2   BOBBIE J. WILSON (No. 148317)
    Email: bwilson@howardrice.com

3   HOWARD RICE NEMEROVSKI CANADY
          FALK & RABKIN

4   A Professional Corporation
    Three Embarcadero Center, 7th Floor

5   San Francisco, California 94111-4024
    Telephone:    415/434-1600

6   Facsimile:    415/217-5910

7   MORTON AMSTER (Admitted *pro hac vice*)
    ANTHONY F. LO CICERO (Admitted *pro hac vice*)

8   CHARLES R. MACEDO (Admitted *pro hac vice*)
    DAVID A. BOAG (Admitted *pro hac vice*)

9   AMSTER, ROTHSTEIN & EBENSTEIN, LLP
    90 Park Avenue

10  New York, New York 10016
    Telephone:    212/336-8000

11  Facsimile:    212/336-8001

12  Attorneys for Defendants and Counter-Plaintiffs
    VICTOR COMPANY OF JAPAN, LTD. and JVC

13  COMPONENTS (THAILAND) CO., LTD., and Defendants
    AGILIS INC. and AGILIS TECHNOLOGY INC.

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                   OAKLAND DIVISION

17  NIDEC CORPORATION                 Case No. C05 00686 SBA (EMC)

18         Plaintiff,                 Action Filed: February 15, 2005

19                                    *E-Filing*
        v.

20                                    [PROPOSED] ORDER GRANTING JVC'S
    VICTOR COMPANY OF JAPAN, LTD., JVC   ADMINISTRATIVE REQUEST TO FILE
21  COMPONENTS (THAILAND) CO., LTD.,     UNDER SEAL PURSUANT TO CIVIL L.R.
    AGILIS INC., and AGILIS TECHNOLOGY    79-5 JVC'S LETTER TO NIDEC DATED
22  INC.,                                DECEMBER 5, 2006 AND ATTACHMENTS
                                        THERETO
23         Defendants,

24  NIDEC AMERICA CORPORATION and    Judge:    Hon. Edward M. Chen,
    NIDEC SINGAPORE PTE, LTD.,                  U.S. Magistrate Judge
25
            Additional Defendants on    Trial Date:    September 24, 2007
26            the Counterclaims.
                                        Docket 350
27

28

        [PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
        ADMINISTRATIVE REQUEST TO FILE UNDER SEAL        C05 00686 SBA (EMC)

E-Filing

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

1        After considering the papers submitted, and the papers on file in this case, and good cause

2   appearing,

3        IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file

4   under seal:

5        (1) JVC's Letter to Nidec, dated December 5, 2006; and,

6        (2) Attachments to JVC's Letter to Nidec, dated December 5, 2006 labeled as Bates nos.

7            JVC0201368 and JVC0001038.

8       THIS ORDER DISPOSES OF DOCKET N. 350.

9        IT IS SO ORDERED.

10

11   Dated this _5_ day of _Jan_, 2006 ~2007

12

13

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

14

15                                    EDWARD M. CHEN
                                      United States Magistrate Judge

16

17

18

19   W03 161590001/1347195/v1

20

21

22

23

24

25

26

27

28

356978.1

[PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
-1-

C05 00686 SBA (EMC)