1  FRANKLIN BROCKWAY GOWDY, SBN 47918
   fgowdy@morganlewis.com
2  THOMAS D. KOHLER, SBN 207917
   tkohler@morganlewis.com
3  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
4  San Francisco, CA 94105-1126
   Tel: 415.442.1000
5  Fax: 415.442.1001

6  DAVID C. BOHRER, SBN 212397
   dbohrer@morganlewis.com
7  MICHAEL J. LYONS, SBN 202284
   mlyons@morganlewis.com
8  DION M. BREGMAN, SBN 208393
   dbregman@morganlewis.com
9  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
10 3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
11 Tel: 650.843.4000
   Fax: 650.843.4001
12
   Attorneys for Plaintiff and Counter-defendant
13 NIDEC CORPORATION

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                     OAKLAND DIVISION

17 | NIDEC CORPORATION,                         | Case No. C05 00686 SBA (EMC)
18 |                    Plaintiff,               | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 [D.I. 408]**
19 |           vs.                               |
20 | VICTOR COMPANY OF JAPAN, LTD.,              |
   | JVC COMPONENTS (THAILAND) CO.,              |
21 | LTD., AGILIS, INC. and AGILIS               |
   | TECHNOLOGY INC.,                            |
22 |                                             |
   |                    Defendants.              |
23

24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMNENTS
UNDER SEAL PURSUANT TO CIVIL L.R. 79-5; CASE NO. C:05 00686 SBA (EMC)
1-PA/3619785.1

The Court having considered the papers submitted, and the papers on file in this case, and upon good cause showing,

**IT IS HEREBY ORDERED:**

Pursuant to Civil L.R. 79-5, the Clerk shall place under seal the following documents:

1. [Sealed] Plaintiff Nidec Corporation's Memorandum in Opposition to Defendants' Motion to Compel;

2. [Sealed] Declaration of Allison K. Young in Support of Plaintiff Nidec Corporation's Memorandum in Opposition to Defendants' Motion to Compel; and

3. [Sealed] Exhibits 1, 2, 4, 5, 10 and 11 to the Supporting Young Declaration.

Dated: __January 5, 2007__, ~~2006~~



_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMNETS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5; CASE NO. C:05 00686 SBA (EMC)
PA/3619785.1

1