MARTIN R. GLICK (No. 40187)
Email: mglick@howardrice.com
BOBBIE J. WILSON (No. 148317)
Email: bwilson@howardrice.com
JENNIFER D. RHODES (No. 244141)
Email: jrhodes@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

MORTON AMSTER (Admitted *pro hac vice*)
ANTHONY F. LO CICERO (Admitted *pro hac vice*)
CHARLES R. MACEDO (Admitted *pro hac vice*)
DAVID A. BOAG (Admitted *pro hac vice*)
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, New York 10016
Telephone: 212/336-8000
Facsimile: 212/336-8001

Attorneys for Defendants and Counter-Plaintiffs
VICTOR COMPANY OF JAPAN, LTD. and JVC
COMPONENTS (THAILAND) CO., LTD., and Defendants
AGILIS INC. and AGILIS TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC.,<br><br>    Defendants,<br><br>NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.,<br><br>    Additional Defendants on the Counterclaims. | Case No. C05 00686 SBA (EMC)<br><br>Action Filed: February 15, 2005<br><br>*E-Filing*<br><br>[PROPOSED] ORDER GRANTING JVC'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 CONFIDENTIAL EXHIBITS TO THE DECLARATION OF DAVID A. BOAG IN SUPPORT OF JVC'S OPPOSITION TO NIDEC'S MOTION TO COMPEL DEPOSITION<br><br>Judge: Hon. Edward M. Chen, U.S. Magistrate Judge<br><br>Trial Date: September 24, 2007   (#400) |

1  After considering the papers submitted, and the papers on file in this case, and good cause
2  appearing,
3  IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file
4  under seal:
5  (1) Confidential Exhibits 1-7 to the Declaration of David A. Boag in Support of JVC's
6  Opposition to Nidec's Motion to Compel Deposition. This order disposes of Docket No. 400.
7  IT IS SO ORDERED.

9  Dated this 5th day of Jan., ~~2006.~~ 2007.



IT IS SO ORDERED
Judge Edward M. Chen

17  W03 161590001/1350007/v1

358093.1

[PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
-1-

C05 00686 SBA (EMC)