MARTIN R. GLICK (No. 40187)
Email: mglick@howardrice.com
BOBBIE J. WILSON (No. 148317)
Email: bwilson@howardrice.com
JENNIFER D. RHODES (No. 244141)
Email: jrhodes@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

MORTON AMSTER (*pro hac vice*)
ANTHONY F. LO CICERO (*pro hac vice*)
CHARLES R. MACEDO (*pro hac vice*)
DAVID A. BOAG (*pro hac vice*)
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, New York 10016
Telephone: 212/336-8000
Facsimile: 212/336-8001

Attorneys for Defendants and Counter-Plaintiffs
VICTOR COMPANY OF JAPAN, LTD. and JVC
COMPONENTS (THAILAND) CO., LTD., and Defendants
AGILIS INC. and AGILIS TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION | Case No. C05 00686 SBA (EMC) |
| Plaintiff, | Action Filed: February 15, 2005 |
| v. | *E-Filing* |
| VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC., | **STIPULATION AND [PROPOSED] ORDER CONCERNING CERTIFICATION** |
| Defendants, | |
| NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD., | |
| Additional Defendants on the Counterclaims. | |

358301.1

STIPULATION AND [PROPOSED] ORDER
CONCERNING DISCOVERY SOUGHT BY JVC

C05 00686 SBA (EMC)

Further to the proceedings conducted on December 6, 2006 ("the Proceedings), the parties stipulate to an order providing the following:

The time for Defendant Victor Company of Japan, Ltd ("JVC") to serve the Certification referred to during the Proceedings and to produce documents and CAD files is hereby extended from December 20, 2006 to December 22, 2006.

          IT IS SO STIPULATED.

Dated: December 20, 2006           MORGAN, LEWIS & BOCKIUS LLP
          FRANKLIN BROCKWAY GOWDY
          THOMAS D. KOHLER
          DAVID C. BOHRER
          MICHAEL J. LYONS
          DION M. BREGMAN

By: /S/
    DION M. BREGMAN

Attorneys for Plaintiff and Counter-defendant NIDEC CORPORATION and Additional Defendants NIDEC AMERICA CORPORATION and NIDEC SINGAPORE

Dated: December 20, 2006           HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
          MARTIN R. GLICK, SBN 40187
          BOBBIE J. WILSON SBN 148317

AMSTER, ROTHSTEIN & EBENSTEIN LLP
MORTON AMSTER (*pro hac vice*)
ANTHONY F. LO CICERO (*pro hac vice*)
CHARLES R. MACEDO (*pro hac vice*)

By: /S/
    ANTHONY F. LO CICERO

Attorneys for Defendants
Agilis Inc., and Agilis Technology Inc., and Defendant and Counter-plaintiff Victor Company Of Japan, Ltd. and JVC Components (Thailand) Co., Ltd.

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

358301.1

STIPULATION AND [PROPOSED] ORDER CONCERNING THE
AUTHENTICITY OF CERTAIN DOCUMENTS PRODUCED BY NIDEC     C05 00686 SBA (EMC)
-1-

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 8, 2007

_____
EDWARD
United S

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIPULATION AND [PROPOSED] ORDER CONCERNING THE
AUTHENTICITY OF CERTAIN DOCUMENTS PRODUCED BY NIDEC
-2-

C05 00686 SBA (EMC)

358301.1

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Anthony F. Lo Cicero, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of December 2006, at New York, New York.

                                          /s/
                                    ANTHONY F. LO CICERO

W03 161590001/1349919/v1

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
&RABKIN
*A Professional Corporation*

STIPULATION AND [PROPOSED] ORDER CONCERNING THE
AUTHENTICITY OF CERTAIN DOCUMENTS PRODUCED BY NIDEC
-3-

C05 00686 SBA (EMC)