1    MARTIN R. GLICK (No. 40187)
     Email: mglick@howardrice.com
2    BOBBIE J. WILSON (No. 148317)
     Email: bwilson@howardrice.com
3    HOWARD RICE NEMEROVSKI CANADY
     FALK & RABKIN
4    A Professional Corporation
     Three Embarcadero Center, 7th Floor
5    San Francisco, California 94111-4024
     Telephone: 415/434-1600
6    Facsimile: 415/217-5910

7    MORTON AMSTER (*pro hac vice*)
     ANTHONY F. LO CICERO (*pro hac vice*)
8    CHARLES R. MACEDO (*pro hac vice*)
     HOWARD WIZENFELD (*pro hac vice*)
9    AMSTER, ROTHSTEIN & EBENSTEIN, LLP
     90 Park Avenue
10   New York, New York 10016
     Telephone: 212/336-8000
11   Facsimile: 212/336-8001

12   Attorneys for Defendants and Counter-Plaintiffs
     VICTOR COMPANY OF JAPAN, LTD. and JVC
13   COMPONENTS (THAILAND) CO., LTD., and Defendants
     AGILIS INC. and AGILIS TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION | Case No. C05 00686 SBA (EMC) |
| Plaintiff, | Action Filed: February 15, 2005 |
| v. | *E-Filing* |
| VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC., | STIPULATION AND [PROPOSED] ORDER CONCERNING THE BRIEFING SCHEDULE AND HEARING FOR JVC'S MOTION REGARDING DISCOVERY [D.I. 449] |
| Defendants, | |
| NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD., | |
| Additional Defendants on the Counterclaims. | |

STIPULATION AND [PROPOSED] ORDER CONCERNING BRIEFING
SCHEDULE & HEARING FOR JVC'S MOTION REGARDING DISCOVERY    C05 00686 SBA (EMC)

359405.2

Further to the parties' meet-and-confer teleconferences on January 8, 2007, and pursuant to Civil L.R. 7-12 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, the parties stipulate to an order providing the following:

1. The hearing date for the Emergency Motion Regarding Discovery ("Motion Regarding Discovery") [D.I. 449] filed by Defendants and Counter-plaintiffs Victor Company Of Japan, Inc. and JVC Components (Thailand) Co., Ltd., and Defendants Agilis, Inc. and Agilis Technology, Inc. (collectively, "JVC") on January 5, 2007 is set for February 14, 2007, at 10:30 a.m., or as soon thereafter as possible.

2. Nidec Corporation's ("Nidec") opposition to JVC's Motion Regarding Discovery is due on or before January 24, 2007.

3. JVC's reply in further support of its Motion Regarding Discovery is due on or before January 31, 2007.

4. Nidec does not object to JVC's Motion Regarding Discovery on the grounds that the Motion will be heard after the close of discovery on January 10, 2007.

5. Upon entry of this stipulation and order, JVC's Motion to Shorten Time on JVC's Emergency Motion Regarding Discovery [D.I. 451] is moot.

IT IS SO AGREED AND STIPULATED.

Dated: January 9, 2007

MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY
THOMAS D. KOHLER
DAVID C. BOHRER
MICHAEL J. LYONS
DION M. BREGMAN

By:    /s/
      THOMAS D. KOHLER

Attorneys for Plaintiff and Counter-Defendant NIDEC CORPORATION and Additional Defendants NIDEC AMERICA CORPORATION and NIDEC SINGAPORE

Dated: January 9, 2007

HOWARD RICK NEMEROVSKI CANADY
FALK & RABKIN
MARTIN R. GLICK, SBN 40187
BOBBIE J. WILSON SBN 148317

AMSTER, ROTHSTEIN & EBENSTEIN LLP
MORTON AMSTER (*pro hac vice*)
ANTHONY F. LO CICERO (*pro hac vice*)
CHARLES R. MACEDO (*pro hac vice*)
HOWARD WIZENFELD (*pro hac vice*)

By: /s/
ANTHONY F. LO CICERO

Attorneys for Defendants and Counter-Plaintiffs
VICTOR COMPANY OF JAPAN, LTD. and
JVC COMPONENTS (THAILAND) CO., LTD
and Defendants AGILIS INC., and AGILIS
TECHNOLOGY INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 9, 2007

HONORABLE
United States

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER CONCERNING BRIEFING
SCHEDULE & HEARING FOR JVC'S MOTION REGARDING DISCOVERY
-2-

C05 00686 SBA (EMC)

359405.2

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Anthony F. Lo Cicero, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of January 2007, at New York, New York.

                                                  /s/
                                      ANTHONY F. LO CICERO

W03 010907-161590001/1352939/v1

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

STIPULATION AND [PROPOSED] ORDER CONCERNING BRIEFING
SCHEDULE & HEARING FOR JVC'S MOTION REGARDING DISCOVERY     C05 00686 SBA (EMC)
-3-

359405.2