MARTIN R. GLICK (No. 40187)
Email: mglick@howardrice.com
BOBBIE J. WILSON (No. 148317)
Email: bwilson@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

MORTON AMSTER (*pro hac vice*)
ANTHONY F. LO CICERO (*pro hac vice*)
CHARLES R. MACEDO (*pro hac vice*)
HOWARD WIZENFELD (*pro hac vice*)
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, New York 10016
Telephone: 212/336-8000
Facsimile: 212/336-8001

Attorneys for Defendants and Counter-Plaintiffs
VICTOR COMPANY OF JAPAN, LTD. and JVC
COMPONENTS (THAILAND) CO., LTD., and Defendants
AGILIS INC. and AGILIS TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION | Case No. C05 00686 SBA (EMC) |
| Plaintiff, | Action Filed: February 15, 2005 |
| v. | *E-Filing* |
| VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC., | **STIPULATION AND [PROPOSED] ORDER CONCERNING DISCOVERY** |
| Defendants, | |
| NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD., | |
| Additional Defendants on the Counterclaims. | |

Case 4:05-cv-00686-SBA Document 467 Filed 01/12/2007 Page 2 of 4

Pursuant to Civil L.R. 6-2 and 7-12 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, the parties declare that:

WHEREAS all discovery, with certain exceptions, is to completed on or before January 10, 2007 (D.I. 294); and

WHEREAS the parties have agreed to extend this fact discovery deadline for the limited purpose of obtaining discovery from Seagate and for Nidec to produce documents in response to certain document requests previously made by JVC,

The parties stipulate to an order providing the following:

1. The parties agree that discovery requested from Seagate pursuant to subpoenas served by either party prior to January 10, 2007 may be obtained after the formal close of fact discovery on January 10, 2007.

2. The parties agree that Nidec shall produce all documents pursuant to Nidec's Objections and Responses to JVC's Fourth Set of Requests to Nidec for Production of Documents and Things (69-79), on or before January 20, 2007, notwithstanding the formal close of fact discovery on January 10, 2007.

3. The foregoing shall not be construed as an admission by either party for the purposes of precedent or argument in any other case.

IT IS SO STIPULATED.

Dated: January 10, 2007

MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY
THOMAS D. KOHLER
DAVID C. BOHRER
MICHAEL J. LYONS
DION M. BREGMAN

By: /s/
THOMAS D. KOHLER

Attorneys for Plaintiff and Counter-Defendant NIDEC CORPORATION and Additional Defendants NIDEC AMERICA CORPORATION and NIDEC SINGAPORE

Dated: January 10, 2007

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
MARTIN R. GLICK, SBN 40187
BOBBIE J. WILSON SBN 148317

AMSTER, ROTHSTEIN & EBENSTEIN LLP
MORTON AMSTER (*pro hac vice*)
ANTHONY F. LO CICERO (*pro hac vice*)
CHARLES R. MACEDO (*pro hac vice*)
HOWARD WIZENFELD (*pro hac vice*)

By: /s/
ANTHONY F. LO CICERO

Attorneys for Defendants
Agilis Inc., and Agilis Technology Inc., and
Defendant and Counter-Plaintiff Victor
Company Of Japan, Ltd. and JVC Components
(Thailand) Co., Ltd.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

HONORABLE EDWARD M. CHEN
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONCERNING DISCOVERY  C05 00686 SBA (EMC)
-2-

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Anthony F. Lo Cicero, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of January 2007, at New York, New York.

                                                /s/
                                    ANTHONY F. LO CICERO

W03 011007-161590001/1353237/v1