| | |
|---|---|
| FRANKLIN BROCKWAY GOWDY, SBN 47918<br>THOMAS D. KOHLER, SBN 207917<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br><br>DAVID C. BOHRER, SBN 212397<br>MICHAEL J. LYONS, SBN 202284<br>DION M. BREGMAN, SBN 208393<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br><br>Attorneys for Plaintiff and Counter-defendant NIDEC CORPORATION and Counterdefendants NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD. | MARTIN R. GLICK, SBN 40187<br>BOBBIE J. WILSON, SBN 148317<br>HOWARD RICE NEMEROVSKI CANADY<br>FALK & RABKIN<br>A Professional Corporation<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>Tel: 415.434.1600<br>Fax: 415.217.5910<br><br>MORTON AMSTER (pro hac vice)<br>ANTHONY F. LO CICERO (pro hac vice)<br>CHARLES R. MACEDO (pro hac vice)<br>AMSTER, ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel: 212.336.8000<br>Fax: 212.336.8001<br><br>Attorneys for Defendants<br>JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, Inc., and AGILIS TECHNOLOGY INC.<br>and Defendant and Counter-plaintiff<br>VICTOR COMPANY OF JAPAN, LTD. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD.,<br><br>    Defendants and Counterclaim Plaintiffs,<br><br>KABUSHIKI KAISHA AGILIS, and AGILIS TECHNOLOGY INC.,<br><br>    Defendants,<br><br>NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.,<br><br>    Additional Counterclaim Defendants. | Case No. C05 00686 SBA (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CERTIFICATION AND OTHER DISCOVERY** |

1-PA/3622603.3

STIPULATION AND [PROPOSED] ORDER RE
CERTIFICATION AND OTHER DISCOVERY
(NO. C05 00686 SBA (EMC))

Pursuant to Civil L.R. 6-2(a) and 7-12, as well as the parties' January 9, 2007 discussion, the parties stipulate as follows:

WHEREAS all fact discovery, with certain exceptions, is to be completed on or before January 10, 2007 (D.I. 294) (hereinafter the "Fact Discovery Deadline"); and

WHEREAS Nidec has identified specific discovery related issues, including: (i) the alleged insufficiency of JVC's December 22, 2006 Supplemental Certification, (ii) alleged discrepancies between the CAD files and the corresponding hardcopy drawings produced by JVC, (iii) additional discovery for JVC motors smaller than 3.5", including JVC's 1.8" motors, and (iv) issues related to the testimony and continuing deposition of Forrest Titcomb (hereinafter "Disputed Discovery");

WHEREAS the parties have agreed to extend the Fact Discovery Deadline for the limited purposes of addressing the Disputed Discovery;

WHEREAS JVC has further agreed that it will not object to Nidec bringing one or more motions related to the Disputed Discovery, on the grounds that the motion(s) were filed and will be heard after the Fact Discovery Deadline,

The parties stipulate to an order providing the following:

1. The parties agree to extend the Fact Discovery Deadline for the limited purposes of addressing the Disputed Discovery.

2. JVC agrees that it will not object to Nidec bringing one or more motions related to the Disputed Discovery, on the grounds that the motion(s) were filed will be heard after the Fact Discovery Deadline.

IT IS SO AGREED AND STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: January 10, 2007 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | FRANKLIN BROCKWAY GOWDY |
| | | THOMAS D. KOHLER |
| 3 | | DAVID C. BOHRER |
| | | MICHAEL J. LYONS |
| 4 | | DION M. BREGMAN |

By:     /s/ Dion M. Bregman
               Dion M. Bregman

Attorneys for Plaintiff and Counterdefendant NIDEC CORPORATION, and additional Counterdefendants NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.

| | | |
|---|---|---|
| Dated: January 10, 2007 | | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN<br>MARTIN R. GLICK, SBN 40187<br>BOBBIE J. WILSON, SBN 148317<br><br>AMSTER, ROTHSTEIN & EBENSTEIN LLP<br>MORTON AMSTER (*pro hac vice*)<br>ANTHONY F. LO CICERO (*pro hac vice*)<br>CHARLES R. MACEDO (*pro hac vice*)<br><br>By:     /s/ Anthony F. Lo Cicero<br>        Anthony F. Lo Cicero<br><br>Attorneys for Defendants<br>JVC Components (Thailand) Co., Ltd., Agilis Inc., and Agilis Technology Inc., and Defendant and Counterplaintiff Victor Company of Japan, Ltd. |

IT IS SO ORDERED.

1/17/07
Dated: _____

_____
Honorable Edward M. Chen
United States Magistrate Judge

1     Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Dion M. Bregman, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of January 2007, at Palo Alto, California.

                                                        /s/ Dion M. Bregman
                                                           Dion M. Bregman