| | |
|---|---|
| 1 | MARTIN R. GLICK (No. 40187) |
| | Email:  mglick@howardrice.com |
| 2 | BOBBIE J. WILSON (No. 148317) |
| | Email:  bwilson@howardrice.com |
| 3 | HOWARD RICE NEMEROVSKI CANADY |
| |     FALK & RABKIN |
| 4 | A Professional Corporation |
| | Three Embarcadero Center, 7th Floor |
| 5 | San Francisco, California  94111-4024 |
| | Telephone:    415/434-1600 |
| 6 | Facsimile:      415/217-5910 |
| 7 | MORTON AMSTER (Admitted *pro hac vice*) |
| | ANTHONY F. LO CICERO (Admitted *pro hac vice*) |
| 8 | CHARLES R. MACEDO (Admitted *pro hac vice*) |
| | DAVID A. BOAG (Admitted *pro hac vice*) |
| 9 | AMSTER, ROTHSTEIN & EBENSTEIN, LLP |
| | 90 Park Avenue |
| 10 | New York, New York 10016 |
| | Telephone:    212/336-8000 |
| 11 | Facsimile:      212/336-8001 |
| 12 | Attorneys for Defendants and Counter-Plaintiffs |
| | VICTOR COMPANY OF JAPAN, LTD. and JVC |
| 13 | COMPONENTS (THAILAND) CO., LTD., and Defendants |
| | AGILIS INC. and AGILIS TECHNOLOGY INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION | Case No. C05 00686 SBA (EMC) |
| Plaintiff, | Action Filed:  February 15, 2005 |
| v. | *E-Filing* |
| VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC., | [~~PROPOSED~~] ORDER GRANTING JVC'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 [SEALED] JVC'S REPLY MEMORANDUM IN FURTHER SUPPORT OF JVC'S MOTION TO COMPEL DISCOVERY RELATED TO THE ACCUSED NIDEC MOTORS AND SUPPORTING BOAG DECLARATION CONFIDENTIAL EXHIBIT 10 |
| Defendants, | |
| NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD., | |
| Additional Defendants on the Counterclaims. | Judge:        Hon. Edward M. Chen, U.S. Magistrate Judge |
| | Trial Date:   September 24, 2007 |

1   After considering the papers submitted, and the papers on file in this case, and good cause
2   appearing,
3   IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file
4   under seal:
5   (1) [Sealed] JVC's Reply Memorandum of Points and Authorities in Further Support of JVC's
6       Motion to Compel Discovery Related to the Accused Nidec Motors; and,
7   (2) Confidential Exhibit 10 to the Declaration of David A. Boag in Support of JVC's Reply
8       Memorandum in Further Support of JVC's Motion to Compel Discovery Related to the
9       Nidec Accused Motors.
    This order disposes of Docket No. 430.
10
11  IT IS SO ORDERED.
12
13  Dated this __26th__ day of __Jan__, ~~2006~~ 2007.



21  W03 161590001/1350812/v1

358615.1

[PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL           C05 00686 SBA (EMC)
-1-