MARTIN R. GLICK (No. 40187)
Email: mglick@howardrice.com
BOBBIE J. WILSON (No. 148317)
Email: bwilson@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

MORTON AMSTER (*pro hac vice*)
ANTHONY F. LO CICERO (*pro hac vice*)
CHARLES R. MACEDO (*pro hac vice*)
HOWARD WIZENFELD (*pro hac vice*)
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, New York 10016
Telephone:    212/336-8000
Facsimile:    212/336-8001

Attorneys for Defendants and Counter-Plaintiffs
VICTOR COMPANY OF JAPAN, LTD. and JVC
COMPONENTS (THAILAND) CO., LTD., and Defendants
AGILIS INC. and AGILIS TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION | Case No. C05 00686 SBA (EMC) |
| Plaintiff, | Action Filed: February 15, 2005 |
| v. | *E-Filing* |
| VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC., | STIPULATION AND [~~PROPOSED~~] ORDER CONCERNING THE BRIEFING SCHEDULE AND HEARING FOR NIDEC'S MOTION FOR LEAVE TO AMEND NIDEC CORPORATION'S FINAL INFRINGEMENT CONTENTIONS (D.I. 503) |
| Defendants, | |
| NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD., | |
| Additional Defendants on the Counterclaims. | |

360925.1

STIPULATION AND [P~~ROPOS~~ED] ORDER CONCERNING BRIEFING SCHEDULE & HEARING FOR NIDEC'S
MOTION FOR LEAVE TO AMEND NIDEC CORPORATION'S FINAL INFRINGEMENT CONTENTIONS (D.I. 503)    C05 00686 SBA (EMC)

Further to the parties' meet-and-confer teleconference on January 26, 2007, and pursuant to Civil L.R. 6-3 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, the parties stipulate to an order providing the following:

1. The hearing date for Nidec's Motion for Leave to Amend Nidec Corporation's Final Infringement Contentions ("Motion for Leave") (D.I. 503) is set for February 14, 2007, at 10:30 a.m., or as soon thereafter as possible.

2. JVC's opposition to the Motion for Leave is due on or before February 2, 2007.

3. Nidec's reply in further support of the Motion for Leave is due on or before February 7, 2007.

4. Upon entry of this stipulation and order, Nidec's Motion to Shorten Time on the Motion for Leave (D.I. 502) is moot.

IT IS SO AGREED AND STIPULATED.

Dated: January 26, 2007

MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY
THOMAS D. KOHLER
DAVID C. BOHRER
MICHAEL J. LYONS
DION M. BREGMAN

By: _____/s/_____
Dion M. Bregman

Attorneys for Plaintiff and Counter-Defendant NIDEC CORPORATION and Additional Defendants NIDEC AMERICA CORPORATION and NIDEC SINGAPORE

360925.1

STIPULATION AND [PROPOSED] ORDER CONCERNING BRIEFING SCHEDULE & HEARING FOR NIDEC'S MOTION FOR LEAVE TO AMEND NIDEC CORPORATION'S FINAL INFRINGEMENT CONTENTIONS (D.I. 503)   C05 00686 SBA (EMC)

-1-

Dated: January 26, 2007

HOWARD RICK NEMEROVSKI CANADY
FALK & RABKIN
MARTIN R. GLICK, SBN 40187
BOBBIE J. WILSON SBN 148317

AMSTER, ROTHSTEIN & EBENSTEIN LLP
MORTON AMSTER (*pro hac vice*)
ANTHONY F. LO CICERO (*pro hac vice*)
CHARLES R. MACEDO (*pro hac vice*)
HOWARD WIZENFELD (*pro hac vice*)

By: /s/
Anthony F. Lo Cicero

Attorneys for Defendants and Counter-Plaintiffs
VICTOR COMPANY OF JAPAN, LTD. and
JVC COMPONENTS (THAILAND) CO., LTD
and Defendants AGILIS INC., and AGILIS
TECHNOLOGY INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 29, 2007

EDWARD M. CHEN
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]*

360925.1

STIPULATION AND [PROPOSED] ORDER CONCERNING BRIEFING SCHEDULE & HEARING FOR NIDEC'S
MOTION FOR LEAVE TO AMEND NIDEC CORPORATION'S FINAL INFRINGEMENT CONTENTIONS (D.I. 503)       C05 00686 SBA (EMC)

-2-

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Anthony F. Lo Cicero, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of January 2007, at New York, New York.

                                                                /s/
                                          ANTHONY F. LO CICERO

W03 161590001/1368117/v1

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

360925.1

STIPULATION AND [PROPOSED] ORDER CONCERNING BRIEFING SCHEDULE & HEARING FOR NIDEC'S MOTION FOR LEAVE TO AMEND NIDEC CORPORATION'S FINAL INFRINGEMENT CONTENTIONS (D.I. 503)   C05 00686 SBA (EMC)

-3-