| | |
|---|---|
| 1 | MARTIN R. GLICK (No. 40187) |
| | Email: mglick@howardrice.com |
| 2 | BOBBIE J. WILSON (No. 148317) |
| | Email: bwilson@howardrice.com |
| 3 | HOWARD RICE NEMEROVSKI CANADY |
| | FALK & RABKIN |
| 4 | A Professional Corporation |
| | Three Embarcadero Center, 7th Floor |
| 5 | San Francisco, California 94111-4024 |
| | Telephone: 415/434-1600 |
| 6 | Facsimile: 415/217-5910 |

MORTON AMSTER (Admitted *pro hac vice*)
ANTHONY F. LO CICERO (Admitted *pro hac vice*)
CHARLES R. MACEDO (Admitted *pro hac vice*)
DAVID A. BOAG (Admitted *pro hac vice*)
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, New York 10016
Telephone: 212/336-8000
Facsimile: 212/336-8001

Attorneys for Defendants and Counter-Plaintiffs
VICTOR COMPANY OF JAPAN, LTD. and JVC
COMPONENTS (THAILAND) CO., LTD., and Defendants
AGILIS INC. and AGILIS TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION | Case No. C05 00686 SBA (EMC) |
| Plaintiff, | Action Filed: February 15, 2005 |
| v. | *E-Filing* |
| VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC., | [PROPOSED] ORDER GRANTING:<br><br>(1) NIDEC'S ADMINISTRATIVE REQUEST AND SUPPORTING DECLARATION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 (D.I. 500); AND, |
| Defendants, | (2) JVC'S MAR TO REMOVE FROM THE PUBLIC DOCKET AND PLACE UNDER SEAL ADDITIONAL PORTIONS OF NIDEC'S MOTION FOR LEAVE TO AMEND AND EXHIBITS H, I, L, N, O, Q, S, T, U, V, W, Y, Z, AND AA TO THE DECLARATION OF DION M. BREGMAN IN SUPPORT THEREOF |
| NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD., | |
| Additional Defendants on the Counterclaims. | |
| | Judge: Hon. Edward M. Chen, U.S. Magistrate Judge |
| | Trial Date: September 24, 2007 |

1  After considering the papers submitted, and the papers on file in this case, and good cause
2  appearing,
3  IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file
4  under seal:
5  (1) [Sealed] Notice of Motion and Motion for Leave to Amend Nidec Corporation's
6  Final Infringement Contentions and Nidec's Motion to Shorten Time ("Motion to Amend"); and,
7  (2) Exhibits D, E, F, G, H, I, L, M, N, O, P, Q, S, T, U, V, W, Y, Z, and AA to the
8  Declaration of Dion M. Bregman in Support of Nidec's Motion for Leave to Amend Nidec
9  Corporation's Final Infringement Contentions and Nidec's Motion to Shorten Time ("Bregman
10 Declaration").
11 IT IS FURTHER ORDERED that the Clerk shall immediately remove Nidec's [Redacted]
12 Motion to Amend and Exhibits H, I, L, N, O, Q, S, T, U, V, W, Y, Z, and AA to the Bregman
13 Declaration from the public docket. Nidec shall refile under seal Nidec's [Redacted] Motion to
14 Amend with additional redactions to page 3, line 13, and file under seal Exhibits H, I, L, N, O, Q, S,
15 T, U, V, W, Y, Z, and AA to the Bregman Declaration in their entirety, accompanied by a copy of
16 this order.

18 IT IS SO ORDERED.

20 Dated this 30 day of Jan, 2007

_____

EDWARD M. CHEN
United States Magistrate Judge

28 W03 161590001/1368223/v1

360964.1

[PROPOSED] ORDER GRANTING CIVIL L.R. 79-5 ADMIN.
REQUEST TO FILE UNDER SEAL & REQUEST TO REMOVE
-1-

C05 00686 SBA (EMC)

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation