United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIDEC CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>VICTOR COMPANY OF JAPAN, *et al.*,<br><br>   Defendants.<br>_____/ | No. C-05-0686 SBA (EMC)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO STRIKE OR, IN THE ALTERNATIVE, COMPEL TESTIMONY OF FORREST TITCOMB**<br><br>**(Docket No. 465)** |

Nidec has filed a motion asking the Court to strike the testimony of Forrest Titcomb (and all related evidence) offered in support of JVC's final invalidity contentions and motion for summary judgment of invalidity. In the alternative, Nidec asks that the Court order JVC to provide a further deposition of Mr. Titcomb. Having reviewed the parties' briefs and accompanying submissions, as well as the oral argument of counsel, the Court hereby **DENIES** the motion to strike but **GRANTS** the motion to compel testimony for the reasons stated on the record. The deposition of Mr. Titcomb shall take place at a location convenient to him and shall last no longer than 4.5 hours. Nidec may ask questions relating to the '309 patent and inquire about communications between Mr. Titcomb and the Howard Rice or Amster Rothstein firms prior to his retaining them as counsel, and ask foundational questions relating to the existence and scope of the attorney-client privilege. The

///
///
///
///

1  parties shall meet and confer regarding the time and place of deposition.

2      This order disposes of Docket No. 465.

4      IT IS SO ORDERED.

6  Dated: February 1, 2007

                                                  _____
                                                  EDWARD M. CHEN
                                                  United States Magistrate Judge

**United States District Court**
For the Northern District of California