FRANKLIN BROCKWAY GOWDY, SBN 47918
THOMAS D. KOHLER, SBN 207917
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

DAVID C. BOHRER, SBN 212397
MICHAEL J. LYONS, SBN 202284
DION M. BREGMAN, SBN 208393
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff and Counter-defendant
NIDEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>             Plaintiff,<br><br>     vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, INC. and AGILIS TECHNOLOGY INC.,<br><br>             Defendants. | Case No. C05 00686 SBA (EMC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS REQUEST TO FILE DOCUMENTS UNDER SEAL [D.I. 448]** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3625971.1

[PROPOSED] ORDER GRANTING
MISC REQUEST TO SEAL (C05 00686 SBA (EMC))

1   The Court having considered the papers submitted, and the papers on file in this case, and
2   good cause showing,
3   IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk shall place under
4   seal: JVC's Emergency Motion Regarding Discovery and Confidential Exhibits 1-13 to the
5   Macedo Declaration in Support Thereof.
6   IT IS SO ORDERED.

Dated:  February 1, 2007    _____
                            Judge



IT IS SO ORDERED
Judge Edward M. Chen

1-PA/3625971.1

[PROPOSED] ORDER GRANTING
MISC REQUEST TO SEAL (C05 00686 SBA (EMC))

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO