FRANKLIN BROCKWAY GOWDY, SBN 47918
THOMAS D. KOHLER, SBN 207917
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

DAVID C. BOHRER, SBN 212397
MICHAEL J. LYONS, SBN 202284
DION M. BREGMAN, SBN 208393
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff and Counter-defendant
NIDEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, INC. and AGILIS TECHNOLOGY INC.,<br><br>    Defendants. | Case No. C05 00686 SBA (EMC)<br><br>**[P<s>ROPOSED</s>] ORDER GRANTING DEFENDANTS' MISCELLANEOUS REQUEST TO FILE DOCUMENTS UNDER SEAL [D.I. 478]** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3625598.1

[P<s>ROPOSED</s>] ORDER GRANTING
MISC REQUEST TO SEAL (C05 00686 SBA (EMC))

1  The Court having considered the papers submitted, and the papers on file in this case, and
2  good cause showing,
3  IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk shall place under
4  seal: (1) [Sealed] JVC's Opposition to Plaintiff's Motion to Strike or in the Alternative Compel
5  Testimony of Forrest Titcomb and (2) Confidential Exhibits 1-3 to the Declaration of Charles R.
6  Macedo in Support Thereof [D.I. 478].

8  IT IS SO ORDERED.

10  Dated: February 1, 2007  _____
11  Hon. Edward M. Chen
    United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court, Northern District of California*

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-PA/3625598.1

[PROPOSED] ORDER GRANTING
MISC REQUEST TO SEAL (C05 00686 SBA (EMC))