FRANKLIN BROCKWAY GOWDY, SBN 47918
THOMAS D. KOHLER, SBN 207917
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

DAVID C. BOHRER, SBN 212397
MICHAEL J. LYONS, SBN 202284
DION M. BREGMAN, SBN 208393
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff NIDEC CORPORATION and and
Counter-defendants NIDEC CORPORATION, NIDEC
AMERICA CORPORATION AND NIDEC SINGAPORE PTE,
LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, INC. and AGILIS TECHNOLOGY INC.,<br><br>　　　　　　Defendants.<br><br>NIDEC AMERICA CORPORATION, and NIDEC SINGAPORE PTE, LTD.<br><br>　　Additional Defendants on the Counterclaims. | Case No. C05 00686 SBA<br><br>**DECLARATION OF DION M. BREGMAN IN SUPPORT OF NIDEC'S OPPOSITION TO JVC'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**<br><br>　Date:　February 27, 2007<br>　Time:　1:00 p.m.<br>　Dept.:　Courtroom 3<br>　Judge:　Honorable Sandra B. Armstrong |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3626592.1

BREGMAN DECLARATION ISO OPPOS TO
MOTON FOR SUMMARY JUDGMENT (C05 00686
SBA)

I, Dion M. Bregman, declare as follows:

1. I am a Partner at the law firm of Morgan, Lewis & Bockius LLP, 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306, and a member in good standing of the Bar of the State of California. I am admitted to practice in the United States District Court for the Northern District of California. Morgan, Lewis & Bockius LLP has been retained as trial counsel for Nidec Corporation, Nidec America Corporation and Nidec Singapore PTE, Ltd ("Nidec") in the present action. I submit this declaration in support of Nidec's Opposition to JVC's Motion for Summary Jugement of Invalidity. I have personal knowledge of each statement set forth herein, and each such statement is true and correct.

2. Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. 6,343,877.

3. Attached hereto as **Exhibit 2** is a true and correct copy of U.S. Patent No. 5,763,967.

4. Attached hereto as **Exhibit 3** is a true and correct copy of U.S. Patent No. 6,793,394.

5. Attached hereto as **Exhibit 4** is a true and correct copy of relevant pages of the September 21, 2006 deposition transcript of Forrest Titcomb.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Exhibit 20 to the September 20, 2006 deposition of Forrest Titcomb.

7. Attached hereto as **Exhibit 6** is a true and correct copy of relevant pages of the January 31, 2007 deposition transcript of Akira Nishio.

8. Attached hereto as **Exhibit 7** is a true and correct copy of U.S. Patent No. 6,072,660.

9. Attached hereto as **Exhibit 8** is a true and correct copy of U.S. Patent No. 5,880,545.

10. Attached hereto as **Exhibit 9** is a true and correct copy of U.S. Patent No. 5,844,748.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is
2  true and correct.
3       Executed on this the ___th day of February 2007 in Palo Alto, California.
4
5                                              /s/ Dion M. Bregman_____
                                               Dion M. Bregman
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

1-PA/3626592.1                                   2                   BREGMAN DECLARATION ISO OPPOS TO
                                                                     MOTION FOR SUMMARY JUDGMENT (C05
                                                                     00686 SBA)