1  MARTIN R. GLICK (No. 40187)
   Email:  mglick@howardrice.com
2  BOBBIE J. WILSON (No. 148317)
   Email:  bwilson@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California  94111-4024
   Telephone:    415/434-1600
6  Facsimile:    415/217-5910

7  MORTON AMSTER (Admitted *pro hac vice*)
   ANTHONY F. LO CICERO (Admitted *pro hac vice*)
8  CHARLES R. MACEDO (Admitted *pro hac vice*)
   DAVID A. BOAG (Admitted *pro hac vice*)
9  AMSTER, ROTHSTEIN & EBENSTEIN, LLP
   90 Park Avenue
10 New York, New York 10016
   Telephone:    212/336-8000
11 Facsimile:    212/336-8001

12 Attorneys for Defendants and Counter-Plaintiffs
   VICTOR COMPANY OF JAPAN, LTD. and JVC
   COMPONENTS (THAILAND) CO., LTD., and Defendants
13 AGILIS INC. and AGILIS TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC.,<br><br>Defendants,<br><br>NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.,<br><br>Additional Defendants on the Counterclaims. | Case No. C05 00686 SBA (EMC)<br><br>Action Filed:  February 15, 2005<br><br>*E-Filing*<br><br>[~~PROPOS~~ED] ORDER GRANTING:<br><br>(1)  NIDEC'S ADMINISTRATIVE REQUEST AND SUPPORTING DECLARATION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 (D.I. 590); AND,<br><br>(2)  JVC'S MAR TO REMOVE FROM THE PUBLIC DOCKET AND PLACE UNDER SEAL PORTIONS OF NIDEC'S REPLY BRIEF ISO ITS MOTION FOR LEAVE TO AMEND AND EXHIBIT D TO THE DECLARATION OF DION M. BREGMAN IN SUPPORT THEREOF<br><br>Judge:         Hon. Edward M. Chen,<br>               U.S. Magistrate Judge<br><br>Trial Date:    September 24, 2007 |

After considering the papers submitted, and the papers on file in this case, and good cause appearing,

IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file under seal:

(1) Nidec's Reply Brief in Support of Its Motion for Leave to Amend Its Final Infringement Contentions ("Reply"); and,

(2) Exhibits A-D to the Declaration of Dion M. Bregman in Support of Nidec's Reply Brief in Support of Its Motion for Leave to Amend Nidec Corporation's Final Infringement Contentions ("Bregman Declaration").

IT IS FURTHER ORDERED that the Clerk shall immediately remove Nidec's Reply and Exhibits D to the Bregman Decl. from the public docket. Nidec shall file under seal a redacted Reply with redactions to page 4, footnote 6; page 5, line 7; and page 7, lines 17-19 and file under seal Exhibit D to the Bregman Declaration in its entirety, accompanied by a copy of this order.

IT IS SO ORDERED.

Dated this __23rd__ day of __Feb.__, 2007



IT IS SO ORDERED

Judge Edward M. Chen

EDWARD M. CHEN
United States Magistrate Judge

[PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
-1-

C05 00686 SBA (EMC)

360964.1