| | |
|---|---|
| FRANKLIN BROCKWAY GOWDY, SBN 47918 | MARTIN R. GLICK, SBN 40187 |
| THOMAS D. KOHLER, SBN 207917 | BOBBIE J. WILSON, SBN 148317 |
| MORGAN, LEWIS & BOCKIUS LLP | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN |
| One Market, Spear Street Tower | A Professional Corporation |
| San Francisco, CA 94105-1126 | Three Embarcadero Center, 7th Floor |
| Tel: 415.442.1000 | San Francisco, CA 94111-4024 |
| Fax: 415.442.1001 | Tel: 415.434.1600 |
| | Fax: 415.217.5910 |
| DAVID C. BOHRER, SBN 212397 | |
| MICHAEL J. LYONS, SBN 202284 | MORTON AMSTER (pro hac vice) |
| DION M. BREGMAN, SBN 208393 | ANTHONY F. LO CICERO (pro hac vice) |
| MORGAN, LEWIS & BOCKIUS LLP | CHARLES R. MACEDO (pro hac vice) |
| 2 Palo Alto Square | AMSTER, ROTHSTEIN & EBENSTEIN LLP |
| 3000 El Camino Real, Suite 700 | 90 Park Avenue |
| Palo Alto, CA 94306-2122 | New York, NY 10016 |
| Tel: 650.843.4000 | Tel: 212.336.8000 |
| Fax: 650.843.4001 | Fax: 212.336.8001 |
| Attorneys for Plaintiff and Counter-defendant NIDEC CORPORATION and Counterdefendants NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD. | Attorneys for Defendants JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, Inc., and AGILIS TECHNOLOGY INC. and Defendant and Counter-plaintiff VICTOR COMPANY OF JAPAN, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>             Plaintiff,<br><br>    vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD.,<br>             Defendants and Counterclaim Plaintiffs,<br><br>KABUSHIKI KAISHA AGILIS, and AGILIS TECHNOLOGY INC.,<br>             Defendants,<br><br>NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.,<br>             Additional Counterclaim Defendants. | Case No. C05 00686 SBA (EMC)<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER RE: DISCOVERY SCHEDULE** |

Pursuant to Magistrate Judge Chen's Order Granting Plaintiff's Motion for Leave to Amend Final Infringement Contentions dated February 15, 2007 [D.I. 616], the parties hereby submit the following stipulated discovery schedule.

| | |
|---|---|
| Nidec's service of calculations and methods of calculating all relevant values for products accused of infringing the '394 and '309 Patents | March 2, 2007 |
| JVC's service of calculations and methods of calculating all relevant values for products accused of infringing the '394 and '309 Patents | March 23, 2007 |
| Initial Expert Reports regarding infringement, invalidity and damages issues, on which a party has the burden of proof | March 29, 2007 |
| Responsive Expert Reports regarding Initial Expert Reports, plus opening reports on affirmative defenses, secondary indicia of non-obviousness, prosecution history estoppel, licensing and willfulness issues, on which a party has the burden of proof | April 26, 2007 |
| Rebuttal Expert Reports to all new issues raised in Responsive Expert Reports | May 10, 2007 |
| Close of all Expert discovery and willfulness and licensing defenses fact discovery | May 31, 2007 |

This stipulated discovery schedule modifies the discovery cut-off and expert and willfulness discovery deadlines in the Order Modifying Paragraphs A and B of the Order for Pretrial Preparation [D.I. 294] executed by Judge Armstrong on November 3, 2006, but does not change the deadlines for dispositive motions, the pretrial conference or trial or otherwise modify the Order for Pretrial Preparation [D.I. 283] executed by Judge Armstrong on October 25, 2006.

IT IS SO AGREED AND STIPULATED.

Dated: March 2, 2007                              MORGAN, LEWIS & BOCKIUS LLP

FRANKLIN BROCKWAY GOWDY
THOMAS D. KOHLER
DAVID C. BOHRER
MICHAEL J. LYONS

By: /s/ Michael J. Lyons
      Michael J. Lyons

Attorneys for Plaintiff and Counterdefendant NIDEC CORPORATION, and additional Counterdefendants NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.

Dated: March 2, 2007                              HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
MARTIN R. GLICK, SBN 40187
BOBBIE J. WILSON, SBN 148317

AMSTER, ROTHSTEIN & EBENSTEIN LLP
MORTON AMSTER (*pro hac vice*)
ANTHONY F. LO CICERO (*pro hac vice*)
CHARLES R. MACEDO (*pro hac vice*)

By: /s/ Anthony F. Lo Cicero
      Anthony F. Lo Cicero

Attorneys for Defendants
JVC Components (Thailand) Co., Ltd., Agilis Inc., and Agilis Technology Inc., and Defendant and Counterplaintiff Victor Company of Japan, Ltd.

IT IS SO ORDERED.

March 6, 2007
Dated:                                            _____
                                        Honorable Edward M. Chen
                                        United States Magistrate Judge

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael J. Lyons, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 2nd day of March 2007, at Palo Alto, California.

/s/ Michael J. Lyons
Michael J. Lyons