1  FRANKLIN BROCKWAY GOWDY,
   SBN 47918
2  THOMAS D. KOHLER, SBN 207917
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5
   DAVID C. BOHRER, SBN 212397
6  MICHAEL J. LYONS, SBN 202284
   DION M. BREGMAN, SBN 208393
7  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
8  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
9  Tel: 650.843.4000
   Fax: 650.843.4001
10
   Attorneys for Plaintiff and Counter-defendant
11 NIDEC CORPORATION and
   Counterdefendants NIDEC AMERICA
12 CORPORATION and NIDEC
   SINGAPORE PTE, LTD.

MARTIN R. GLICK, SBN 40187
BOBBIE J. WILSON, SBN 148317
HOWARD RICK NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Tel: 415.434.1600
Fax: 415.217.5910

MORTON AMSTER (pro hac vice)
ANTHONY F. LO CICERO (pro hac vice)
CHARLES R. MACEDO (pro hac vice)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel: 212.336.8000
Fax: 212.336.8001

Attorneys for Defendants
JVC COMPONENTS (THAILAND) CO., LTD.,
AGILIS, Inc., and AGILIS TECHNOLOGY INC.
and Defendant and Counter-plaintiff
VICTOR COMPANY OF JAPAN, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>VICTOR COMPANY OF JAPAN, LTD.,<br>JVC COMPONENTS (THAILAND) CO., LTD.,<br><br>    Defendants and<br>    Counterclaim<br>    Plaintiffs,<br><br>KABUSHIKI KAISHA AGILIS, and<br>AGILIS TECHNOLOGY INC.,<br><br>    Defendants,<br><br>NIDEC AMERICA CORPORATION and<br>NIDEC SINGAPORE PTE, LTD.,<br><br>    Additional<br>    Counterclaim<br>    Defendants. | Case No. C05 00686 SBA (EMC)<br><br>**STIPULATION** ; ORDER |

1-PA/3631228.1

STIPULATION RE HIROHSI ZENSAWA (NO. C05
00686 SBA (EMC))

1  Nidec has represented that, due to illness, Mr. Hiroshi Zenisawa will not be available to be
2  deposed as scheduled the week of March 5, 2006.  As a result of this unavailability and to avoid
3  future disputes on this matter, the parties stipulate as follows:
4  JVC agrees that it will not take Mr. Zenisawa's deposition as originally scheduled and it
5  will not seek to reschedule or otherwise depose Mr. Zenisawa in this action.
6  Nidec agrees that Mr. Zenisawa will not appear at trial in this matter, and that Nidec will
7  not present any evidence from Mr. Zenisawa, either directly or indirectly, in any other form at
8  trial or otherwise in this matter.

10  IT IS SO AGREED AND STIPULATED.

11  Dated: March 5, 2007                    MORGAN, LEWIS & BOCKIUS LLP

                                            FRANKLIN BROCKWAY GOWDY
                                            THOMAS D. KOHLER
                                            DAVID C. BOHRER
                                            MICHAEL J. LYONS

                                       By:  /S/ THOMAS D. KOHLER
                                                Thomas D. Kohler

                                            Attorneys for Plaintiff and Counterdefendant
                                            NIDEC CORPORATION, and additional
                                            Counterdefendants NIDEC AMERICA
                                            CORPORATION and NIDEC SINGAPORE
                                            PTE, LTD.

19  Dated: March 5, 2007                    HOWARD RICK NEMEROVSKI CANADY
                                            FALK & RABKIN
                                            MARTIN R. GLICK, SBN 40187
                                            BOBBIE J. WILSON, SBN 148317

                                            AMSTER, ROTHSTEIN & EBENSTEIN LLP
                                            MORTON AMSTER (*pro hac vice*)
                                            ANTHONY F. LO CICERO (*pro hac vice*)
                                            CHARLES R. MACEDO (*pro hac vice*)

                                       By:  /S/ ANTHONY F. LO CICERO
                                                Anthony F. Lo Cicero

                                            Attorneys for Defendants
                                            JVC Components (Thailand) Co., Ltd., Agilis
                                            Inc., and Agilis Technology Inc., and
                                            Defendant and Counterplaintiff Victor
                                            Company of Japan, Ltd.

1  IT IS SO ORDERED.

2

3

4  March 6, 2007

5  Dated:                                    Honorable Edward M. Chen
                                             United States Magistrate Judge

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Thomas D. Kohler, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of March 2007, at Palo Alto, California.

/s/ Thomas D. Kohler