FRANKLIN BROCKWAY GOWDY, SBN 47918
fgowdy@morganlewis.com
THOMAS D. KOHLER, SBN 207917
tkohler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

DAVID C. BOHRER, SBN 212397
dbohrer@morganlewis.com
MICHAEL J. LYONS, SBN 202284
mlyons@morganlewis.com
DION M. BREGMAN, SBN 208393
dbregman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff and Counter-defendant
NIDEC CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>   Plaintiff, and Counterclaim Defendant<br><br>vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC, COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC.,<br><br>   Defendants,<br><br>NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.,<br><br>   Additional Counterclaim Defendants. | Case No. C05 00686 SBA (EMC)<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MISCELLANEOUS REQUEST TO FILE DOCUMENTS UNDER SEAL [D.I. 543]** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3630280.1

[PROPOSED] ORDER GRANTING
MISC REQUEST TO SEAL (C05 00686 SBA (EMC))

1  The Court having considered the papers submitted, and the papers on file in this case, and
2  good cause showing,
3  IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk shall place under
4  seal: [Sealed] JVC's Opposition to Nidec Motion to Leave to Amend Nidec's Final Infringement
5  Contentions and Confidential Exhibits 1 – 5 to the Supporting Lo Cicero Declaration.
6  IT IS SO ORDERED.

Dated: _____March 6, 2007_____     _____
Hon. Edward M. Chen
United States Magistrate Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3630280.1

[PROPOSED] ORDER GRANTING
MISC REQUEST TO SEAL (C05 00686 SBA (EMC))