UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIDEC CORPORATION, )<br>)<br>)<br>       Plaintiff(s),   )<br>)<br>  v.               )<br>)<br>VICTOR COMPANY OF JAPAN, )<br>LTD, et al., )<br>)<br>)<br>       Defendant(s).  )<br>_____) | No. C05-0686 SBA (BZ)<br><br>**ORDER SCHEDULING FURTHER STATUS CONFERENCE** |

**IT IS HEREBY ORDERED** that a further telephonic status conference to discuss the progress of the litigation is scheduled for **Tuesday, May 15, 2007 at 12:30 p.m.** Counsel for plaintiff shall get counsel for defendant on the line and call chambers at **415-522-4093**. No party representative need attend.

Dated: April 9, 2007

                                                Bernard Zimmerman
                                    United States Magistrate Judge

g:\bzall\-refs\refs.07\nidec.further.status.conf.4.9.07.wpd