**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

NIDEC CORPORATION,

    Plaintiff,

v.

VICTOR CO. OF JAPAN, LTD., *et al.*,

    Defendants.

No. C 05-0686 SBA

**ORDER**

Plaintiff Nidec Corporation's Motion for Summary Judgment of Non-Infringement [Docket Nos. 389, 392], and the various motions for summary judgment by the defendants (JVC's Motion for Summary Judgment of Non-Infringement [Docket No. 414]; JVC's Motion for Summary Judgment of Invalidity [Docket No. 418]; and Victor Company of Japan's Motion for Summary Judgment [Docket No. 497]), are hereby taken under submission. The hearing scheduled for the motions for May 8, 2007 is vacated and no appearance by the parties is necessary. In the event the Court requires oral argument, the Clerk will contact the parties.

IT IS SO ORDERED.

April 24, 2007

                                                      Saundra Brown Armstrong
                                                      United States District Judge