1    MARTIN R. GLICK (No. 40187)
     Email: mglick@howardrice.com
2    BOBBIE J. WILSON (No. 148317)
     Email: bwilson@howardrice.com
3    HOWARD RICE NEMEROVSKI CANADY
     FALK & RABKIN
4    A Professional Corporation
     Three Embarcadero Center, 7th Floor
5    San Francisco, California 94111-4024
     Telephone:    415/434-1600
6    Facsimile:    415/217-5910

7    MORTON AMSTER (*pro hac vice*)
     ANTHONY F. LO CICERO (*pro hac vice*)
8    KENNETH M. BERNSTEIN  (*pro hac vice*)
     CHARLES R. MACEDO (*pro hac vice*)
9    AMSTER, ROTHSTEIN & EBENSTEIN, LLP
     90 Park Avenue
10   New York, New York 10016
     Telephone:    212/336-8000
11   Facsimile:    212/336-8001

12   Attorneys for Defendants and Counter-Plaintiffs
     VICTOR COMPANY OF JAPAN, LTD. and JVC
13   COMPONENTS (THAILAND) CO., LTD., and Defendants
     AGILIS INC. and AGILIS TECHNOLOGY INC.

14

15                      UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          OAKLAND DIVISION

| | |
|---|---|
| 18   NIDEC CORPORATION | Case No. C05 00686 SBA (EMC) |
| 19                          Plaintiff, | Action Filed:  February 15, 2005 |
| 20         v. | *E-Filing* |
| 21   VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., | STIPULATION AND [PROPOSED] ORDER CONCERNING CERTAIN EXPERT |
| 22   AGILIS INC., and AGILIS TECHNOLOGY INC., | REPORT DEADLINES |
| 23                          Defendants, | |
| 24   NIDEC AMERICA CORPORATION and | Judge:         Hon. Saundra B. Armstrong |
| 25   NIDEC SINGAPORE PTE, LTD., | Trial Date:         September 24, 2007 |
| 26                    Additional Defendants on the Counterclaims. | |
| 27 | |

28

STIPULATION AND [PROPOSED] ORDER CONCERNING
CERTAIN EXPERT REPORT DEADLINES                    C05 00686 SBA (EMC)

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
&RABKIN
*A Professional Corporation*

1    Pursuant to Civil L.R. 6-2 and 7-12 of the Local Rules of Practice in Civil Proceedings

2  before the United States District Court for the Northern District of California, the parties declare

3  that:

4      WHEREAS the stipulated discovery schedule below modifies certain expert discovery

5  deadlines set forth in the Stipulation and Order Re: Discovery Schedule [D.I. 641] executed by

6  Judge Chen on March 6, 2007 and the Stipulation and Order Concerning Expert Discovery and

7  Schedule [D.I. 663] executed by Judge Chen on April 30, 2007, but does not change the deadlines

8  for dispositive motions, the pretrial conference or trial or otherwise modify the Order for Pretrial

9  Preparation [D.I. 283] executed by Judge Armstrong on October 25, 2006.

10     WHEREAS the parties have agreed to modify the discovery deadlines for the limited items

11 provided below.

12      The parties stipulate to an order providing the following:

13     1.    The due date for the parties' expert reports that were previously due on May 10 and 14,

14 2007, be extended until May 16, 2007.

15     2.    Nidec's rebuttal expert report(s) relating to alleged damages suffered by Nidec (other

16 than alleged damages due to price erosion) and JVC's rebuttal expert report(s) relating to alleged

17 damages suffered by JVC are due on or before May 17, 2007.

18 IT IS SO AGREED AND STIPULATED.

19  Dated: May 14, 2007                          MORGAN, LEWIS & BOCKIUS LLP
                                                 FRANKLIN BROCKWAY GOWDY
20                                               THOMAS D. KOHLER
                                                 DAVID C. BOHRER
21                                               MICHAEL J. LYONS
                                                 DION M. BREGMAN
22

23                                        By:    _____/S/_____
                                                 Dion M. Bregman
24
                                                 Attorneys for Plaintiff and Counter-Defendant
25                                               NIDEC CORPORATION and Additional
                                                 Defendants NIDEC AMERICA
26                                               CORPORATION and NIDEC SINGAPORE

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
&RABKIN
*A Professional Corporation*

369452.1

STIPULATION AND [PROPOSED] ORDER CONCERNING
CERTAIN EXPERT REPORT DEADLINES                          C05 00686 SBA (EMC)
-1-

Dated: May 14, 2007

HOWARD RICK NEMEROVSKI CANADY
FALK & RABKIN
MARTIN R. GLICK, SBN 40187
BOBBIE J. WILSON SBN 148317


AMSTER, ROTHSTEIN & EBENSTEIN LLP
MORTON AMSTER (*pro hac vice*)
ANTHONY F. LO CICERO (*pro hac vice*)
KENNETH M. BERNSTEIN (*pro hac vice*)
CHARLES R. MACEDO (*pro hac vice*)


By:        /S/
_____
Anthony F. Lo Cicero

Attorneys for Defendants and Counter-Plaintiffs
VICTOR COMPANY OF JAPAN, LTD. and
JVC COMPONENTS (THAILAND) CO., LTD
and Defendants AGILIS INC., and AGILIS
TECHNOLOGY INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:     May 17, 2007

EDWARD M. CHEN
United States

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Anthony F. Lo Cicero, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 14th day of May 2007, at New York, New York.

/S/
ANTHONY F. LO CICERO

W03 051407-161590001/1387734/v1

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
&RABKIN

*A Professional Corporation*

369452.1