United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIDEC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR COMPANY OF JAPAN, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-05-0686 SBA (EMC)<br><br>**ORDER RE PARTIES' JOINT LETTER OF MAY 22, 2007**<br><br>**(Docket No. 673)** |

　　　　The parties filed a joint letter on May 22, 2007 regarding Nidec's request to take a third day of deposition of expert witness Dr. I.Y. (Steve) Shen.  The Court heard Nidec's request on May 22, 2007 via telephone conference call.  Having considered the joint letter filed by the parties and argument of counsel, and good cause appearing therefor, the Court hereby orders as follows.

　　　　For reasons stated on the record, the Court finds there is good cause to exceed the presumptive limit of 14 hours established in Joint Case Management Statement, and thus grants the request.

　　　　This order disposes of Docket No. 673.

　　　　IT IS SO ORDERED.

Dated: May 22, 2007

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge