1  MARTIN R. GLICK (No. 40187)
   Email: mglick@howardrice.com
2  BOBBIE J. WILSON (No. 148317)
   Email: bwilson@howardrice.com
3  JENNIFER D. RHODES (No. 244141)
   Email: jrhodes@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California 94111-4024
   Telephone:   415/434-1600
7  Facsimile:   415/217-5910

8  MORTON AMSTER (Admitted *pro hac vice*)
   ANTHONY F. LO CICERO (Admitted *pro hac vice*)
9  CHARLES R. MACEDO (Admitted *pro hac vice*)
   AMSTER, ROTHSTEIN & EBENSTEIN, LLP
10 90 Park Avenue
   New York, New York 10016
11 Telephone:   212/336-8000
   Facsimile:   212/336-8001
12
   Attorneys for Defendants and Counter-Plaintiffs
13 VICTOR COMPANY OF JAPAN, LTD., and JVC
   COMPONENTS (THAILAND) CO., LTD., and Defendants
14 AGILIS INC. and AGILIS TECHNOLOGY INC.

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                    OAKLAND DIVISION

| | |
|---|---|
| 18  NIDEC CORPORATION, | Case No. C05 00686 SBA (EMC) |
| 19                 Plaintiff, | Action Filed: February 15, 2005 |
| 20       v. | *E-Filing* |
| 21  VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., | [PROPOSED] ORDER GRANTING JVC'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL |
| 22  AGILIS INC., and AGILIS TECHNOLOGY INC., | PURSUANT TO CIVIL L.R. 79-5 RE: (1) [SEALED] DEFENDANTS JVC PARTIES' |
| 23                 Defendants, | NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFF'S SUBPOENA TO |
| 24  NIDEC AMERICA CORPORATION and | NON-PARTY TEXAS PACIFIC GROUP, INC. (2) [SEALED] DECLARATION OF |
| 25  NIDEC SINGAPORE PTE, LTD., | TETSURO FUSE IN SUPPORT OF JVC'S MOTION TO QUASH |
| 26            Additional Defendants on the Counterclaims. | Judge:     Hon. Edward M. Chen |
| 27 | Trial Date:   September 24, 2007 |
| 28 | |

367264.1   [PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
           ADMINISTRATIVE REQUEST TO FILE UNDER SEAL       C05 00686 SBA (EMC)

After considering the papers submitted, and the papers on file in this case, and good cause appearing,

IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file under seal:

(1) [Sealed] Defendants JVC Parties' Notice of Motion and Motion to Quash Plaintiff's Subpoena to Non-Party Texas Pacific Group, Inc.; Memorandum of Points and Authorities in Support Thereof

(2) [Sealed] Declaration of Tetsuro Fuse in Support of JVC's Motion to Quash Nidec Subpoena on Texas Pacific Group, Inc.

IT IS SO ORDERED.

Dated this 29th day of May, 2007.



_____
EDWARD M. CHEN
United States District Court Judge

W03 161590001/1389197/v1

[PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
-1-

C05 00686 SBA (EMC)

367264.1