| | |
|---|---|
| FRANKLIN BROCKWAY GOWDY, SBN 47918 | MARTIN R. GLICK, SBN 40187 |
| THOMAS D. KOHLER, SBN 207917 | BOBBIE J. WILSON, SBN 148317 |
| MORGAN, LEWIS & BOCKIUS LLP | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN |
| One Market, Spear Street Tower | A Professional Corporation |
| San Francisco, CA 94105-1126 | Three Embarcadero Center, 7th Floor |
| Tel: 415.442.1000 | San Francisco, CA 94111-4024 |
| Fax: 415.442.1001 | Tel: 415.434.1600 |
| | Fax: 415.217.5910 |
| DAVID C. BOHRER, SBN 212397 | |
| MICHAEL J. LYONS, SBN 202284 | MORTON AMSTER (pro hac vice) |
| DION M. BREGMAN, SBN 208393 | ANTHONY F. LO CICERO (pro hac vice) |
| MORGAN, LEWIS & BOCKIUS LLP | CHARLES R. MACEDO (pro hac vice) |
| 2 Palo Alto Square | AMSTER, ROTHSTEIN & EBENSTEIN LLP |
| 3000 El Camino Real, Suite 700 | 90 Park Avenue |
| Palo Alto, CA 94306-2122 | New York, NY 10016 |
| Tel: 650.843.4000 | Tel: 212.336.8000 |
| Fax: 650.843.4001 | Fax: 212.336.8001 |
| mlyons@morganlewis.com | alocicero@arelaw.com |
| Attorneys for Plaintiff and Counter-defendant NIDEC CORPORATION and Counterdefendants NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD. | Attorneys for Defendants JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, Inc., and AGILIS TECHNOLOGY INC. and Defendant and Counter-plaintiff VICTOR COMPANY OF JAPAN, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION, | Case No. C05 00686 SBA |
| Plaintiff, | **STIPULATION AND [P~~ROPOSED~~] ORDER CONCERNING WILLFULNESS WITNESSES AND DEPOSITION SCHEDULE** |
| vs. | |
| VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, Inc., and AGILIS TECHNOLOGY INC., | |
| Defendants. | |

1    Further to the parties' meet-and-confer teleconference, and pursuant to Civil L.R. 6-2 and
2    7-12 of the Local Rules of Practice in Civil Proceedings before the United States District Court
3    for the Northern District of California, the parties declare that:
4    WHEREAS the parties have agreed to drop their respective requests to take the
5    depositions of the below witnesses in exchange for an agreement by the other party they will not
6    call those witnesses at trial, as follows:
7    1.    Plaintiff Nidec Corporation withdraws its outstanding deposition notices for
8    Messrs. Tashiro, Nishiguchi, Mizuno, Kodama, Kumagai, Suzuki and Ozeki, and Defendant and
9    Counter-plaintiff JVC agrees not to call those witnesses at trial, or otherwise present evidence
10   from those witnesses; and
11   2.    Defendant and Counter-plaintiff JVC withdraws its outstanding deposition notices
12   for Messrs. Nagamori, Kobe, Gomyo, Morita, Kodaki and Hamada, and Plaintiff Nidec
13   Corporation agrees not to call Messrs. Nagamori, Kodaki and Hamada at trial, or to otherwise
14   present evidence from those witnesses, and further agrees with respect to Messrs. Kobe, Gomyo
15   and Morita to present no testimony at trial or other evidence in response to JVC's charge of
16   willful infringement.
17   The parties stipulate to an order providing the following:
18   1.    All outstanding deposition notices for Messrs. Tashiro, Nishiguchi, Mizuno,
19   Kodama, Kumagai, Suzuki and Ozeki, Nagamori, Kobe, Gomyo, Morita, Kodaki and Hamada are
20   withdrawn.
21   2.    Messrs. Tashiro, Nishiguchi, Mizuno, Kodama, Kumagai, Suzuki and Ozeki are
22   precluded from testifying at trial or otherwise presenting evidence in any form.
23   3.    JVC will not seek to present through any other means evidence of any activities of
24   Messrs. Tashiro, Nishiguchi, Mizuno, Kodama, Kumagai, Suzuki or Ozeki related to JVC's
25   defense against Nidec's charge of willful infringement that varies in any way from the description
26   of their activities as memorialized in all deposition testimony as of this date.
27
28

1        3.     Messrs. Nagamori, Kodaki and Hamada are precluded from testifying at trial, or otherwise presenting evidence in any form.

       4.     Messrs. Gomyo and Morita may testify at trial and/or present evidence in another form related to subject matter other than actions taken by Nidec in response to JVC's allegation of infringement under U.S. Patent No. 5,453,973.

       5. Nidec will not seek to present through any other means evidence of any activities of Messrs. Nagamori, Kobe, Kodaki, Hamada, Gomyo or Morita related to NIDEC's defense against JVC's charge of willful infringement that varies in any way from the description of their activities as memorialized in all deposition testimony as of this date.

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

Respectfully submitted,

Dated: May 31, 2007

MORGAN, LEWIS & BOCKIUS LLP

FRANKLIN BROCKWAY GOWDY
THOMAS D. KOHLER
DAVID C. BOHRER
MICHAEL J. LYONS

By:  /s/ Thomas D. Kohler
     THOMAS D. KOHLER

Attorneys for Plaintiff and Counter-defendant NIDEC CORPORATION and Counterdefendants NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.

Dated: May 31, 2007

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN

MARTIN R. GLICK, SBN 40187
BOBBIE J. WILSON, SBN 148317

AMSTER, ROTHSTEIN & EBENSTEIN LLP

MORTON AMSTER (*pro hac vice*)
ANTHONY F. LO CICERO (*pro hac vice*)
CHARLES R. MACEDO (*pro hac vice*)

By:  /s/ Anthony F. Lo Cicero
     Anthony F. Lo Cicero

Attorneys for Defendants
JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, Inc., and AGILIS TECHNOLOGY INC.

and Defendant and Counter-plaintiff
VICTOR COMPANY OF JAPAN, LTD.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Thomas D. Kohler, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 31st day of May 2007, at Palo Alto, California.

/s/ Thomas D. Kohler  
Thomas D. Kohler

1     PURSUANT TO STIPULATION, IT IS SO ORDERED.

2     Dated:    June ____, 2007.

7     June 1, 2007

8   Dated:                           EDWARD M. CHEN

9                                  UNITED STATES MAGISTRATE JUDGE

(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

IT IS SO ORDERED

Judge Edward M. Chen