MARTIN R. GLICK (No. 40187)
Email: mglick@howardrice.com
BOBBIE J. WILSON (No. 148317)
Email: bwilson@howardrice.com
JENNIFER D. RHODES (No. 244141)
Email: jrhodes@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

MORTON AMSTER (Admitted *pro hac vice*)
ANTHONY F. LO CICERO (Admitted *pro hac vice*)
CHARLES R. MACEDO (Admitted *pro hac vice*)
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, New York 10016
Telephone: 212/336-8000
Facsimile: 212/336-8001

Attorneys for Defendants and Counter-Plaintiffs
VICTOR COMPANY OF JAPAN, LTD., and JVC
COMPONENTS (THAILAND) CO., LTD., and Defendants
AGILIS INC. and AGILIS TECHNOLOGY INC.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC.,<br><br>　　　　　Defendants,<br><br>NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.,<br><br>　　　　　Additional Defendants on the Counterclaims. | Case No. C05 00686 SBA (EMC)<br><br>Action Filed: February 15, 2005<br><br>*E-Filing*<br><br>[PROPOSED] ORDER GRANTING JVC'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 RE: (1) [SEALED] DEFENDANTS JVC PARTIES' REPLY TO NIDEC'S OPPOSITION TO MOTION TO QUASH PLAINTIFF'S SUBPOENA TO NON-PARTY TEXAS PACIFIC GROUP, INC.<br><br>Judge:　　Hon. Edward M. Chen<br><br>Trial Date:　September 24, 2007 |

After considering the papers submitted, and the papers on file in this case, and good cause

appearing,

IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file under seal:

(1) [Sealed] Defendants' Reply to Nidec's Opposition to JVC Parties' Motion to Quash Plaintiff's Subpoena to Non-Party Texas Pacific Group, Inc.;

IT IS SO ORDERED.

Dated this 14th day of June, 2007.

EDWARD M. CHEN
United States District Court Judge

W03 161590001/1393491/v1

[PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
-1-
C05 00686 SBA (EMC)
367264.1