MARTIN R. GLICK (No. 40187)
Email: mglick@howardrice.com
BOBBIE J. WILSON (No. 148317)
Email: bwilson@howardrice.com
JENNIFER D. RHODES (No. 244141)
Email: jrhodes@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

MORTON AMSTER (Admitted *pro hac vice*)
ANTHONY F. LO CICERO (Admitted *pro hac vice*)
CHARLES R. MACEDO (Admitted *pro hac vice*)
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, New York 10016
Telephone:    212/336-8000
Facsimile:    212/336-8001

Attorneys for Defendants and Counter-Plaintiffs
VICTOR COMPANY OF JAPAN, LTD., and JVC
COMPONENTS (THAILAND) CO., LTD., and Defendants
AGILIS INC. and AGILIS TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC.,<br><br>            Defendants,<br><br>NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.,<br><br>            Additional Defendants on the Counterclaims. | Case No. C05 00686 SBA (EMC)<br><br>Action Filed: February 15, 2005<br><br>*E-Filing*<br><br>[PROPOSED] ORDER GRANTING JVC'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 RE: (1) [SEALED] DEFENDANTS JVC PARTIES' MOTION TO QUASH PLAINTIFF'S SUBPOENA TO NON-PARTY CERBERUS CAPITAL MANAGEMENT, L.P. (2) [SEALED] DECLARATION OF TETSURO FUSE ISO JVC'S MOTION TO QUASH<br><br>Judge:       Hon. Edward M. Chen<br><br>Trial Date:  September 24, 2007 |

After considering the papers submitted, and the papers on file in this case, and good cause appearing,

IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file under seal:

(1) [Sealed] Defendants JVC Parties' Motion to Quash to Non-Party Cerberus Capital Management, L.P.; Memorandum of Points and Authorities in Support Thereof

(2) [Sealed] Declaration of Tetsuro Fuse in Support of JVC's Motion to Quash Nidec Subpoena on Cerberus Capital Management, L.P.

IT IS SO ORDERED.

Dated this 6th day of July, 2007.



EDWARD
United S

W03 161590001/1390135/v1

[PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
-1-

C05 00686 SBA (EMC)

367264.1