MARTIN R. GLICK (No. 40187)
Email:  mglick@howardrice.com
BOBBIE J. WILSON (No. 148317)
Email:  bwilson@howardrice.com
JENNIFER D. RHODES (No. 244141)
Email:  jrhodes@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:     415/434-1600
Facsimile:      415/217-5910

MORTON AMSTER (Admitted *pro hac vice*)
ANTHONY F. LO CICERO (Admitted *pro hac vice*)
CHARLES R. MACEDO (Admitted *pro hac vice*)
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, New York 10016
Telephone:     212/336-8000
Facsimile:      212/336-8001

Attorneys for Defendants and Counter-Plaintiffs
VICTOR COMPANY OF JAPAN, LTD., and JVC
COMPONENTS (THAILAND) CO., LTD., and Defendants
AGILIS INC. and AGILIS TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC.,<br><br>Defendants,<br><br>NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.,<br><br>Additional Defendants on the Counterclaims. | Case No. C05 00686 SBA (EMC)<br><br>Action Filed:  February 15, 2005<br><br>*E-Filing*<br><br>[PROPOSED] ORDER GRANTING JVC'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 RE: (1) [SEALED] DEFENDANTS JVC PARTIES' NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFF'S SUBPOENA TO NON-PARTY TPG GENPAR V, L.P. _____<br><br>Judge:           Hon. Edward M. Chen<br><br>Trial Date:     September 24, 2007 |

1  After considering the papers submitted, and the papers on file in this case, and good cause
2  appearing,
3  IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk of the Court shall file
4  under seal:
5  (1) [Sealed] Defendants JVC Parties' Notice of Motion and Motion to Quash Plaintiff's
6  Subpoena to Non-Party TPG GenPar V, L.P.; Memorandum of Points and Authorities in
7  Support Thereof
8  (2) [Sealed] Declaration of Tetsuro Fuse in Support of JVC's Motion to Quash Nidec
9  Subpoena on Texas Pacific Group, Inc. (attached to Motion as Exhibit B)
10  IT IS SO ORDERED.

12  Dated this  6th  day of  July , 2007.



EDWARD
United States

IT IS SO ORDERED
Judge Edward M. Chen

20  W03 161590001/1392918/v1

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

367264.1

[PROPOSED] ORDER GRANTING CIVIL L.R. 79-5
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
-1-

C05 00686 SBA (EMC)