| | |
|---|---|
| 1 | MARTIN R. GLICK (No. 40187) |
|   | Email:  mglick@howardrice.com |
| 2 | BOBBIE J. WILSON (No. 148317) |
|   | Email:  bwilson@howardrice.com |
| 3 | HOWARD RICE NEMEROVSKI CANADY |
|   | FALK & RABKIN |
| 4 | A Professional Corporation |
|   | Three Embarcadero Center, 7th Floor |
| 5 | San Francisco, California  94111-4024 |
|   | Telephone:    415/434-1600 |
| 6 | Facsimile:     415/217-5910 |
| 7 | MORTON AMSTER (*pro hac vice*) |
|   | ANTHONY F. LO CICERO (*pro hac vice*) |
| 8 | KENNETH M. BERNSTEIN  (*pro hac vice*) |
|   | CHARLES R. MACEDO (*pro hac vice*) |
| 9 | AMSTER, ROTHSTEIN & EBENSTEIN, LLP |
|   | 90 Park Avenue |
| 10 | New York, New York 10016 |
|    | Telephone:    212/336-8000 |
| 11 | Facsimile:     212/336-8001 |
| 12 | Attorneys for Defendants and Counter-Plaintiffs |
|    | VICTOR COMPANY OF JAPAN, LTD. and JVC |
| 13 | COMPONENTS (THAILAND) CO., LTD., and Defendants |
|    | AGILIS INC. and AGILIS TECHNOLOGY INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION | Case No. C05 00686 SBA (EMC) |
| Plaintiff, | Action Filed:  February 15, 2005 |
| v. | *E-Filing* |
| VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS INC., and AGILIS TECHNOLOGY INC., | STIPULATION AND [PROPOSED] ORDER CONCERNING CERTAIN DISCOVERY DEADLINES |
| Defendants, | |
| NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD., | |
| Additional Defendants on the Counterclaims. | |

1  Pursuant to Civil L.R. 6-2 and 7-12 of the Local Rules of Practice in Civil Proceedings
2  before the United States District Court for the Northern District of California, the parties declare
3  that:
4  WHEREAS the stipulated discovery schedule below modifies certain discovery deadlines, it
5  does not change the deadlines for dispositive motions, the pretrial conference or trial or otherwise
6  modify the Order for Pretrial Preparation [D.I. 283] executed by Judge Armstrong on October 25,
7  2006.
8  WHEREAS the parties have agreed to modify the discovery deadlines for the limited items
9  provided below.
10  The parties stipulate to an order providing the following:
11  1. Nidec will provide one or more Rule 30(b)(6) witnesses to testify on the topics set forth
12  in JVC's July 20, 2007 Notice of Deposition.
13  2. The foregoing shall not be construed as an admission by either party for the purposes of
14  precedent or argument in any other case and shall not be used by any party to argue that the trial
15  date, as set forth in the Order for Pretrial Preparation [D.I. 283], should be altered.
16  IT IS SO AGREED AND STIPULATED.

Dated: July 20, 2007

MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY
THOMAS D. KOHLER
DAVID C. BOHRER
MICHAEL J. LYONS
DION M. BREGMAN

By: ____/S/_____
Lorraine Casto

Attorneys for Plaintiff and Counter-Defendant
NIDEC CORPORATION and Additional
Defendants NIDEC AMERICA
CORPORATION and NIDEC SINGAPORE

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

375371.1

STIPULATION AND [PROPOSED] ORDER CONCERNING
CERTAIN DISCOVERY DEADLINES
-1-

C05 00686 SBA (EMC)

1

Dated: July 20, 2007

2

3

4

5

6

7

8

9

10

11

12

HOWARD RICK NEMEROVSKI CANADY
FALK & RABKIN
MARTIN R. GLICK, SBN 40187
BOBBIE J. WILSON SBN 148317


AMSTER, ROTHSTEIN & EBENSTEIN LLP
MORTON AMSTER (*pro hac vice*)
ANTHONY F. LO CICERO (*pro hac vice*)
KENNETH M. BERNSTEIN (*pro hac vice*)
CHARLES R. MACEDO (*pro hac vice*)


By:  /S/
     Anthony F. Lo Cicero

Attorneys for Defendants and Counter-Plaintiffs VICTOR COMPANY OF JAPAN, LTD. and JVC COMPONENTS (THAILAND) CO., LTD and Defendants AGILIS INC., and AGILIS TECHNOLOGY INC.

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

14  Dated: July 25, 2007

15

EDWARD M. CHEN
United States

*IT IS SO ORDERED*
*Judge Edward M. Chen*

16

17

18

19

20

21

22

23

24

25

26

27

28

375371.1

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Anthony F. Lo Cicero, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of July 2007, at New York, New York.

/S/
ANTHONY F. LO CICERO
