1  FRANKLIN BROCKWAY GOWDY, SBN 47918
2  THOMAS D. KOHLER, SBN 207917
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5
   DAVID C. BOHRER, SBN 212397
6  MICHAEL J. LYONS, SBN 202284
   MORGAN, LEWIS & BOCKIUS LLP
7  2 Palo Alto Square
   3000 El Camino Real, Suite 700
8  Palo Alto, CA 94306-2212
   Tel: 650.843.4000
9  Fax: 650.843.4001

10 Attorneys for Plaintiff and Counter-defendant
11 NIDEC CORPORATION

   MARTIN R. GLICK, SBN 40187
   BOBBIE J. WILSON, SBN 148317
   HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
   A Professional Corporation
   Three Embarcadero Center, 7th Floor
   San Francisco, CA 94111-4024
   Tel: 415.434.1600
   Fax: 415.217.5910

   MORTON AMSTER (pro hac vice)
   ANTHONY F. LO CICERO (pro hac vice)
   CHARLES R. MACEDO (pro hac vice)
   AMSTER, ROTHSTEIN & EBENSTEIN LLP
   90 Park Avenue
   New York, NY 10016
   Tel: 212.336.8000
   Fax: 212.336.8001

   Attorneys for Defendants
   JVC COMPONENTS (THAILAND) CO., LTD.,
   AGILIS, Inc., and AGILIS TECHNOLOGY
   INC. and Defendant and Counter-plaintiff
   VICTOR COMPANY OF JAPAN, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>          Plaintiff,<br><br>    vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, Inc., and AGILIS TECHNOLOGY INC.,<br><br>          Defendants. | Case No. C05 00686 SBA (N.D. Cal.)<br><br>Action Filed: February 15, 2005<br><br>**L.R. 7-12 JOINT STIPULATION AND [PROPOSED] ORDER LIMITING LEGAL EXPERT TESTIMONY**<br><br>Judge: Honorable Edward M. Chen<br><br>Trial Date: September 24, 2007 |

1  The parties to the above action have met and conferred and as a result hereby enter into
2  the following joint stipulation:

3  To the extent legal expert or patent practice expert testimony from Mr. Lawrence J.
4  Goffney, Jr. or Prof. Martin Adelman, or from any other legal or patent practice expert, is
5  permitted by the Court that testimony will be limited to the issue of the prosecution of the '973
6  Patent.   Neither side will seek to offer legal or patent practice expert testimony on any other
7  issue, and, in particular, there will be no such expert testimony related to willfulness issues by
8  either party.

9  This stipulation is entered into solely for the purpose of narrowing the issues for expert
10 discovery and deposition and shall not be deemed to be an admission of, nor used by either party
11 in support of any arguments for or against, the following positions as have been previously set
12 forth by the parties:

13 1) Nidec's position that legal expert or patent practice expert testimony is not necessary,
14 applicable or permissible on any issue in this action;

15 2) JVC's position that Nidec should not be permitted to offer any testimony from Prof.
16 Adelman due to the alleged failure to provide an adequate expert report;

17 3) Nidec's position that it is entitled to present rebuttal testimony from Prof. Adelman to
18 the extent that the Court permits testimony from Mr. Goffney on the '973 Patent prosecution.

19 The parties have agreed that these questions will be resolved at a later date in the course of
20 the pretrial procedures.

21 This stipulation does not preclude use of the testimony given by the patent prosecution
22 attorneys nor does it preclude the technical experts in the case from testifying about the
23 prosecution histories of any or all of the patents in suit.

24 /
25 /
26 /
27 /
28 /

374983.2

2

L.R. 7-12 JOINT STIPULATION AND [PROPOSED]
ORDER LIMITING LEGAL EXPERT TESTIMONY
(CIVIL ACTION NO. C05 00686 SBA)

In addition, the parties agree that to the extent the deposition of either legal expert occurs by agreement after July 20, 2007, neither party will use the fact of such deposition occurring after that date as a basis for arguing for an extension of any other date or a delay in the trial date.

Respectfully submitted,

Dated: July 16, 2007        MORGAN, LEWIS & BOCKIUS LLP

By:     /S/
Thomas D. Kohler
Attorneys for Plaintiff and Counter-defendant
NIDEC CORPORATION

HOWARD, RICE, NEMEROVSKI,
CANADY, FALK & RABKIN

AMSTER, ROTHSTEIN & EBENSTEIN LLP

By:     /S/
Charles R. Macedo
Attorneys for Defendants
JVC COMPONENTS (THAILAND) CO.,
LTD., AGILIS INC., and AGILIS
TECHNOLOGY INC., and Defendant and
Counter-plaintiff VICTOR COMPANY OF
JAPAN, LTD.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

IT IS SO ORDERED
Judge Edward M. Chen

7/27/07
Dated:                                    Hon.
                                          UNITED STATES MAGISTRATE JUDGE

W03 161590001/1403992/v1

374983.2

3

L.R. 7-12 JOINT STIPULATION AND [PROPOSED]
ORDER LIMITING LEGAL EXPERT TESTIMONY
(CIVIL ACTION NO. C05 00686 SBA)