| | |
|---|---|
| DANIEL JOHNSON, JR., SBN 57409<br>djjohnson@morganlewis.com<br>THOMAS D. KOHLER, SBN 207917<br>tkohler@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br><br>DAVID C. BOHRER, SBN 212397<br>dbohrer@morganlewis.com<br>MICHAEL J. LYONS, SBN 202284<br>mlyons@morganlewis.com<br>DION M. BREGMAN, SBN 208393<br>dbregman@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2212<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br><br>Attorneys for Plaintiff and Counter-defendant<br>NIDEC CORPORATION | MARTIN R. GLICK, SBN 40187<br>BOBBIE J. WILSON, SBN 148317<br>CHRISTOPHER KAO, SBN 237716<br>HOWARD RICE NEMEROVSKI CANADY<br>FALK & RABKIN<br>A Professional Corporation<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>Tel: 415.434.1600<br>Fax: 415.217.5910<br><br>MORTON AMSTER (pro hac vice)<br>ANTHONY F. LO CICERO (pro hac vice)<br>CHARLES R. MACEDO (pro hac vice)<br>AMSTER, ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel: 212.336.8000<br>Fax: 212.336.8001<br><br>Attorneys for Defendants<br>JVC COMPONENTS (THAILAND) CO., LTD.,<br>AGILIS, Inc., and AGILIS TECHNOLOGY, INC.<br>and Defendant and Counter-plaintiff<br>VICTOR COMPANY OF JAPAN, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD.,<br><br>    Defendants and Counterclaim Plaintiffs,<br><br>KABUSHIKI KAISHA AGILIS, and AGILIS TECHNOLOGY INC.,<br><br>    Defendants,<br><br>NIDEC AMERICA CORPORATION and NIDEC SINGAPORE PTE, LTD.,<br><br>    Additional Counterclaim Defendants. | Case No. C05 00686 SBA (EMC)<br><br>**STIPULATION AND ORDER DENYING MODIFYING PARAGRAPH D OF THE ORDER FOR PRETRIAL PREPARATION (D.I. 283)** |

Pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, and, in view of this Court's July 30, 2007 Order vacating pretrial and trial dates (D.I. 765), the parties stipulate to an order providing that Paragraph D of the Order for Pretrial Preparation entered on October 25, 2006 (D.I. 283) shall be modified as follows.

### D.  MANDATORY SETTLEMENT CONFERENCES

The mandatory settlement conference dates in this Court's October 25 Order for Pretrial Preparation (D.I. 283) are hereby vacated and will be addressed in this Court's subsequent scheduling order following the case management conference set for October 10, 2007.

AGREED.

Dated: July 31, 2007.

MORGAN, LEWIS & BOCKIUS LLP

DANIEL JOHNSON JR.
THOMAS D. KOHLER
DAVID C. BOHRER
MICHAEL J. LYONS

By: /S/
Michael J. Lyons

Attorneys for Plaintiff and Counter-defendant
NIDEC CORPORATION

| | | |
|---|---|---|
| 1 | Dated: July 31, 2007. | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN |
| 2 | | |
| 3 | | MARTIN R. GLICK, SBN 40187<br>BOBBIE J. WILSON, SBN 148317<br>CHRISTOPHER KAO, SBN 237716 |
| 4 | | |
| 5 | | AMSTER, ROTHSTEIN & EBENSTEIN LLP |
| 6 | | MORTON AMSTER (*pro hac vice*)<br>ANTHONY F. LO CICERO (*pro hac vice*)<br>CHARLES R. MACEDO (*pro hac vice*) |
| 7 | | |
| 8 | | By: /S/<br>Anthony F. Lo Cicero |
| 9 | | |
| 10 | | Attorneys for Defendants<br>JVC Components (Thailand) Co., Ltd., Kabushiki Kaisha Agilis, and Agilis Technology Inc., and Defendant and Counter-plaintiff Victor Company Of Japan, Ltd. |

18  IT IS SO ORDERED.

21  Dated: 7/31/07

**DENIED**

Judge Saundra B. Armstrong
United States District Court
Northern District of California