| | |
|---|---|
| FRANKLIN BROCKWAY GOWDY, SBN 47918 | MARTIN R. GLICK, SBN 40187 |
| DANIEL JOHNSON, JR., SBN 57409 | BOBBIE J. WILSON, SBN 148317 |
| THOMAS D. KOHLER, SBN 207917 | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN |
| MORGAN, LEWIS & BOCKIUS LLP | A Professional Corporation |
| One Market, Spear Street Tower | Three Embarcadero Center, 7th Floor |
| San Francisco, CA 94105-1126 | San Francisco, CA 94111-4024 |
| Tel: 415.442.1000 | Tel: 415.434.1600 |
| Fax: 415.442.1001 | Fax: 415.217.5910 |
| | |
| DAVID C. BOHRER, SBN 212397 | MORTON AMSTER (pro hac vice) |
| MICHAEL J. LYONS, SBN 202284 | ANTHONY F. LO CICERO (pro hac vice) |
| MORGAN, LEWIS & BOCKIUS LLP | CHARLES R. MACEDO (pro hac vice) |
| 2 Palo Alto Square | AMSTER, ROTHSTEIN & EBENSTEIN LLP |
| 3000 El Camino Real, Suite 700 | 90 Park Avenue |
| Palo Alto, CA 94306-2212 | New York, NY 10016 |
| Tel: 650.843.4000 | Tel: 212.336.8000 |
| Fax: 650.843.4001 | Fax: 212.336.8001 |
| | |
| Attorneys for Plaintiff and Counter-defendant NIDEC CORPORATION | Attorneys for Defendants JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, Inc., and AGILIS TECHNOLOGY INC. and Defendant and Counter-plaintiff VICTOR COMPANY OF JAPAN, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION, | Case No. C05 00686 SBA (N.D. Cal.) |
| Plaintiff, | Action Filed: February 15, 2005 |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER** |
| VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, Inc., and AGILIS TECHNOLOGY INC., | Judge: Honorable Saundra B. Armstrong |
| | Trial Date: None |
| Defendants. | |

The parties to the above action hereby enter into the following joint stipulation:

The parties have reached a settlement in principle but certain details remain to be agreed upon. The parties believe that a final agreement will be completed no later than March 15, 2008. As such, the parties request that the Court modify its December 13, 2007 Order Dismissing Action and give the parties until, and including, March 15, 2008 to notify the Court whether a final settlement has been reached.

                                                Respectfully submitted,

Dated: January 24, 2008                    MORGAN, LEWIS & BOCKIUS LLP

By:       /S/
Daniel Johnson, Jr.
Attorneys for Plaintiff and Counter-defendant
NIDEC CORPORATION

HOWARD, RICE, NEMEROVSKI,
CANADY, FALK & RABKIN

AMSTER, ROTHSTEIN & EBENSTEIN LLP

By:       /S/
Bobbie J. Wilson
Attorneys for Defendants
JVC COMPONENTS (THAILAND) CO.,
LTD., AGILIS INC., and AGILIS
TECHNOLOGY INC., and Defendant and
Counter-plaintiff VICTOR COMPANY OF
JAPAN, LTD.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

2/11/08
Dated:                                     *Saundra B. Armstrong*
Hon. Saundra B. Armstrong
UNITED STATES MAGISTRATE JUDGE