UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIDEC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VICTOR COMPANY OF JAPAN, LTD., JVC COMPONENTS (THAILAND) CO., LTD., AGILIS, Inc., and AGILIS TECHNOLOGY INC.,<br><br>　　　　Defendants. | Case No. C05 00686 SBA (N.D. Cal.)<br><br>Action Filed: February 15, 2005<br><br>ORDER DISMISSING ACTION<br><br>Judge: Honorable Saundra B. Armstrong |

The Court having been notified of the final settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.

IT IS SO ORDERED

2/21/08
Dated:

*Saundra B. Armstrong*
Hon. Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE